# EXHIBIT A

U.S. Trademark Registrations

Vermeer Marks

Int. Cls.: **7 and 9**

Prior U.S. Cls.: **13, 19, 21, 23, 26, 31, 34, 35, 36 and 38**

**United States Patent and Trademark Office**

Reg. No. **2,593,606**
Registered **July 16, 2002**

## TRADEMARK
### PRINCIPAL REGISTER

## VERMEER

VERMEER MANUFACTURING COMPANY (IOWA CORPORATION)
1210 VERMEER ROAD EAST
P.O. BOX 200
PELLA, IA 50219

FOR: POWER-OPERATED AGRICULTURAL EQUIPMENT, NAMELY HAY BALERS, MOWERS AND CONDITIONERS, HAY RAKES, BALE HANDLING MACHINES, BALE MOVERS, BALE SLICING MACHINES, BALE SILAGE WRAPPERS, BALE PROCESSORS, BALE- WRAPPING MACHINES, HAY TEDDERS, ROCK PICKERS; MATERIAL REDUCING MACHINES, NAMELY, BRUSH CHIPPERS, STUMP CUTTERS, TREE SPADES, CONCRETE CUTTERS; EARTH MOVING AND EARTH BORING MACHINES, NAMELY RUBBER TIRED TRENCHERS, TRACK TRENCHERS, UTILITY TRENCHERS, UNDERGROUND BORING MACHINES, PNEUMATIC BORING MACHINES, EARTH COMPACTING MACHINES AND TAMPERS, VIBRATORY PLOWS, PIERCING MACHINE TOOLS, NAMELY, A PNEUMATIC-OPERATED IMPACT BORING TOOL, HORIZONTAL DIRECTIONAL DRILLING MACHINES; MUD ADDITIVE MIXING MACHINE SYSTEM FOR USE IN DRILLING FLUID APPLICATIONS PRIMARILY COMPRISED OF MUD ADDITIVE MIXING MACHINES AND CONTAINERS FOR STORING AND MIXING BULK MUD ADDITIVES SOLD AS A UNIT, VACUUM EQUIPMENT, NAMELY VACUUM EVACUATION SYSTEMS CONSISTING PRIMARILY OF VACUUM PUMPS AND STRUCTURAL PARTS THEREFOR FOR USE ON HORIZONTAL BORING AND DIRECTIONAL DRILLING MACHINES, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 9-28-1999; IN COMMERCE 9-28-1999.

FOR: ELECTRONIC MONITORS; DISPLAYS, MODULES, SENSORS AND CONTROLS USED FOR AGRICULTURAL, UNDERGROUND BORING, ENVIRONMENTAL, MATERIAL REDUCING, EARTH MOVING, AND MUD ADDITIVE MACHINES AND VACUUM EQUIPMENT; ELECTRONIC DEVICE COMPRISED OF SENSORS AND COMPUTERS USED FOR UNDERGROUND BORING AND TRENCHING AND DESIGNED TO AVOID OBSTACLES AND HAZARDS AND TO CONTROL THE SPEED OF THE BORING TOOL; TERRESTRIAL SUBTERRANEAN GROUND PENETRATING RADAR SENSORS; SURVEYING APPARATUS IN THE NATURE OF A GROUND PENETRATING RADAR AND ELECTROMAGNETIC INDUCTION INSTRUMENTS AND COMPUTER SOFTWARE FOR PROVIDING THREE DIMENSIONAL MAPS, LOCATING BURIED UTILITIES, LOCATING AND IDENTIFYING BEDROCK AND SOILS, LOCATING SOIL AND SOIL/ROCK INTERFACES, IDENTIFYING WATER TABLE DEPTHS, GUIDING THE OPERATION OF BORING, TRENCHING OR OTHER CONSTRUCTION EQUIPMENT, AND/OR GENERATING TOPOGRAPHY AND TERRAIN INFORMATION; COMPUTER SOFTWARE FOR FLEET MANAGEMENT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-28-1999; IN COMMERCE 9-28-1999.

OWNER OF U.S. REG. NO. 1,771,115.

SEC. 2(F).

SER. NO. 76-018,669, FILED 4-5-2000.

BARBARA GAYNOR, EXAMINING ATTORNEY

Int. Cl.: 7

Prior U.S. Cl.: 23

**Reg. No. 1,771,115**

## United States Patent and Trademark Office  Registered May 18, 1993

### TRADEMARK
PRINCIPAL REGISTER

### VERMEER

VERMEER MANUFACTURING COMPANY (IOWA CORPORATION)
3804 NEW SHARON ROAD
P.O. BOX 200
PELLA, IA 50219

FOR: POWER OPERATED ROUND BALERS, MOWERS, HAY RAKES, BALE MOVERS, BALE PROCESSORS, AND BALE SILAGE WRAPPERS, RUBBER TIRED TRENCHERS, TRACK TRENCHERS, PNEUMATIC BORING TOOLS, UNDERGROUND BORING MACHINES, EARTH COMPACTORS AND TAMPERS, GRAIN DRILLS, ROCK PICKERS, LOG SPLITTERS, SCRAPER BLADES, TREE SPADES, STUMP CUTTERS, BRUSH CHIPPERS AND PARTS FOR ALL OF THE ABOVE, IN CLASS 7 (U.S. CL. 23).

FIRST USE 12-0-1948; IN COMMERCE 12-0-1948.

SEC. 2(F).

SER. NO. 74-317,806, FILED 9-28-1992.

RICHARD A. STRASER, EXAMINING ATTORNEY

Int. Cls.: 7, 9, 16, and 35

Prior U.S. Cls.: 2, 5, 13, 19, 21, 22, 23, 26, 29, 31, 34, 35, 36, 37, 38, 50, 100, 101, and 102

Reg. No. 3,346,180

**United States Patent and Trademark Office**   Registered Nov. 27, 2007

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



VERMEER MANUFACTURING COMPANY (IOWA CORPORATION)
1210 VERMEER ROAD EAST P.O. BOX 200
PELLA, IA 50219

FOR: POWER-OPERATED AGRICULTURAL EQUIPMENT, NAMELY HAY BALERS, MOWERS AND CONDITIONERS, HAY RAKES, BALE HANDLING MACHINES, BALE MOVERS, BALE SLICING MACHINES, BALE SILAGE WRAPPERS, BALE PROCESSORS, BALE- WRAPPING MACHINES, HAY TEDDERS, ROCK PICKERS; MATERIAL REDUCING MACHINES, NAMELY, BRUSH CHIPPERS, STUMP CUTTERS, TREE SPADES, CONCRETE CUTTERS; EARTH MOVING AND EARTH BORING MACHINES, NAMELY RUBBER TIRED TRENCHERS, TRACK TRENCHERS, UTILITY TRENCHERS, UNDERGROUND BORING MACHINES, PNEUMATIC BORING MACHINES, EARTH COMPACTING MACHINES AND TAMPERS, VIBRATORY PLOWS, COMPACT UTILITY LOADERS, COMPACT EXCAVATORS, PIERCING MACHINE TOOLS, NAMELY, A PNEUMATIC-OPERATED IMPACT BORING TOOL, HORIZONTAL DIRECTIONAL DRILLING MACHINES; MUD ADDITIVE MIXING MACHINE SYSTEM FOR USE IN DRILLING FLUID APPLICATIONS PRIMARILY COMPRISED OF MUD ADDITIVE MIXING MACHINES AND CONTAINERS FOR STORING AND MIXING BULK MUD ADDITIVES SOLD AS A UNIT, VACUUM EQUIPMENT, NAMELY VACUUM EVACUATION SYSTEMS CONSISTING PRIMARILY OF VACUUM PUMPS AND STRUCTURAL PARTS THEREOF FOR USE ON HORIZONTAL BORING AND DIRECTIONAL DRILLING MACHINES, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 6-9-2006; IN COMMERCE 6-9-2006.

FOR: ELECTRONIC MONITORS; DISPLAYS, MODULES, SENSORS AND CONTROLS USED FOR AGRICULTURAL, UNDERGROUND BORING, ENVIRONMENTAL, MATERIAL REDUCING, EARTH MOVING, AND MUD ADDITIVE MACHINES AND VACUUM EQUIPMENT; ELECTRONIC DEVICE COMPRISED OF SENSORS AND COMPUTERS USED FOR UNDERGROUND BORING AND TRENCHING AND DESIGNED TO AVOID OBSTACLES AND HAZARDS AND TO CONTROL THE SPEED OF THE BORING TOOL; TERRESTRIAL SUBTERRANEAN GROUND PENETRATING RADAR SENSORS; SURVEYING APPARATUS IN THE NATURE OF A GROUND PENETRATING RADAR AND ELECTROMAGNETIC INDUCTION INSTRUMENTS AND COMPUTER SOFTWARE FOR PROVIDING THREE DIMENSIONAL MAPS, LOCATING BURIED UTILITIES, LOCATING AND IDENTIFYING BEDROCK AND SOILS, LOCATING SOIL AND SOIL/ROCK INTERFACES, IDENTIFYING WATER TABLE DEPTHS, GUIDING THE OPERATION OF BORING, TRENCHING OR OTHER CONSTRUCTION EQUIPMENT, AND/OR GENERATING TOPOGRAPHY AND TERRAIN INFORMATION; COMPUTER SOFTWARE

FOR FLEET MANAGEMENT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-30-2007; IN COMMERCE 1-30-2007.

FOR: PRINTED PUBLICATIONS RELATING TO AGRICULTURAL, ENVIRONMENTAL, UNDERGROUND CONSTRUCTION, AND INDUSTRIAL EQUIPMENT AND RELATED PRODUCTS AND SERVICES SUCH AS PRODUCTIVITY ENHANCEMENT, CUSTOMER SERVICE AND OTHER TOPICS OF INTEREST, NAMELY, COMPANY NEWSLETTERS, MAGAZINES, BULLETINS AND MANUALS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-31-2006; IN COMMERCE 10-31-2006.

FOR: BUSINESS INFORMATION IN THE FIELD OF AGRICULTURAL, EARTH MOVING, EARTH BORING, MATERIAL REDUCING AND MATERIAL HANDLING EQUIPMENT AND PARTS THEREFOR, PROVIDED TO DEALERS AND CUSTOMERS BY ONLINE COMPUTER NETWORK FOR USE IN SUPPORT OF RETAIL SERVICES, MARKETING AND MANAGEMENT; PROVIDING ONLINE DIRECTORY INFORMATION SERVICES ALSO FEATURING HYPERLINKS TO OTHER WEBSITES, FOR USE BY DEALERS AND CUSTOMERS IN THE FIELD OF AGRICULTURAL, EARTH MOVING, EARTH BORING, MATERIAL REDUCING AND MATERIAL HANDLING EQUIPMENT AND PARTS THEREOF, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-0-2006; IN COMMERCE 6-0-2006.

OWNER OF U.S. REG. NOS. 1,982,453 AND 1,985,465.

SN 78-909,250, FILED 6-15-2006.

KATHY DE JONGE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,295,357**
**Registered Jan. 30, 2024**
**Int. Cl.: 42**
**Service Mark**
**Principal Register**

Vermeer Manufacturing Company  (IOWA CORPORATION)
1210 Vermeer Road East
Pella, IOWA 50219

CLASS 42: Software as a service (SAAS) services featuring software to collect and manage agricultural data; Software as a service (SAAS) services featuring software to collect and manage hay bale data; Software as a service (SAAS) services featuring software for farming and agriculture business management; Software as a service (SAAS) services featuring software for providing alerts, notifications, records, reports, and other documentation regarding field operation and farm business; Software as a service (SAAS) services featuring software for providing customers and dealers access to machine information; Providing a website featuring technology that enables users to access and monitor geographic location, productivity, and maintenance of agricultural equipment and vehicles; developing computer software for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles; Application service provider (ASP), namely, hosting computer software applications of others for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles

FIRST USE 9-13-2016; IN COMMERCE 9-13-2016

The mark consists of A "V" wherein a line passes through.

SER. NO. 97-331,102, FILED 03-25-2022

*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Page: 2 of 2 / RN # 7295357

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,752,754**  
**Registered June 9, 2015**

**Int. Cl.: 7**

**TRADEMARK**

**PRINCIPAL REGISTER**

VERMEER MANUFACTURING COMPANY (IOWA CORPORATION)  
1210 VERMEER ROAD EAST  
PELLA, IA 50219

FOR: POWER-OPERATED AGRICULTURAL EQUIPMENT, NAMELY, HAY BALERS, MOWERS AND CONDITIONERS, HAY RAKES, BALE MOVERS, HAY TEDDERS; MATERIAL REDUCING MACHINES, NAMELY, BRUSH CHIPPERS, STUMP CUTTERS, WHOLE TREE CHIPPERS, HORIZONTAL GRINDERS, TUB GRINDERS, TROMMEL SCREENS, COMPOST TURNERS, CONCRETE CUTTERS; EARTH MOVING AND EARTH BORING MACHINES, NAMELY, PEDESTRIAN TRENCHERS, UTILITY TRENCHERS, TRACK TRENCHERS, VIBRATORY PLOWS, MINI SKID STEERS, PILE DRIVE MACHINES, GUIDED BORING MACHINES, UNDERGROUND BORING MACHINES, HORIZONTAL DIRECTIONAL DRILLING MACHINES, MUD MIXING MACHINES FOR USE IN DRILLING APPLICATIONS, PNEUMATIC PIERCING TOOLS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 10-1-2014; IN COMMERCE 10-1-2014.

THE MARK CONSISTS OF THE LETTER "V" OUTLINED IN BLACK AND WITH THE COLORS GREEN, WHITE AND BLACK WITHIN THE LETTER "V". THE WORD "VERMEER" ABOVE THE LETTER "V" IN BLACK AND THE WORDS "EQUIPPED TO DO MORE." BELOW THE LETTER "V" IN BLACK.

THE COLOR(S) GREEN, BLACK AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SN 86-167,436, FILED 1-16-2014.

DAVID TAYLOR, EXAMINING ATTORNEY



Director of the United States  
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

Page: 2 / RN # 4,752,754



# VERMEER

**Reg. No. 7,484,356**
**Registered Aug. 27, 2024**
**Int. Cl.: 42**
**Service Mark**
**Principal Register**

Vermeer Manufacturing Company  (IOWA CORPORATION)
1210 Vermeer Road East
Pella, IOWA 50219

CLASS 42: Software as a service (SAAS) services featuring software to collect and manage agricultural data; Software as a service (SAAS) services featuring software to collect and manage hay bale data; Software as a service (SAAS) services featuring software for farming and agriculture business management; Software as a service (SAAS) services featuring software for providing alerts, notifications, records, reports, and other documentation regarding field operation and farm business; Software as a service (SAAS) services featuring software for providing customers and dealers access to machine information; Providing application services, namely, developing, providing, hosting and managing software applications, websites, and databases for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles

FIRST USE 1-1-2016; IN COMMERCE 1-1-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 97-331,059, FILED 03-25-2022



Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms **available at** http://www.uspto.gov.