Case Name: Vermeer Mfg. Co. v. AeroCine Ventures Inc.   Case Number: 1:25CV-236 (LDH) (TAM)

# CASE MANAGEMENT WORKSHEET

## Preparation for Initial Conference

| | |
|---|---|
| **Rule 26(f) conference held?** | Date: August 4, 2025 |
| **Deadline for Rule 26(a) initial disclosures and any HIPAA-compliant records authorizations:** | August 11, 2025 |
| **Procedures discussed for producing Electronically Stored Information (ESI)?** | Yes ■   No ☐   N/A |
| **Confidentiality Order to be submitted for Court approval?** | Yes ■   No ☐   N/A |
| **Anticipated number of depositions:** | Plaintiff(s): 6<br>Defendant(s): 5 |
| **First requests for production of documents and for interrogatories due by:** | September 9, 2025 |

## Proposed Deadlines for Pre-Settlement Discovery (Phase I)

| | |
|---|---|
| **Agreed upon completion date for Phase I Discovery:**<br>(Reciprocal agreed upon document production and other discovery necessary for a reasoned consideration of settlement. Presumptively 60 days after Initial Conference.) | October 10, 2025 |
| **Date for pre-settlement status conference with counsel:**<br>(Proposed date to report the parties' preparedness for mediation or a settlement conference. Presumptively 10-15 days after the completion of Phase I Discovery.) | October 24, 2025 |

## Proposed Deadlines for Discovery and Motion Practice (Phase II)

| | |
|---|---|
| **Deadline to join new parties or amend pleadings as of right:**<br>(Presumptively 15 days after initial settlement conference) | November 7, 2025 |
| **All fact discovery completed by:**<br>(Presumptively 3.5 months after first requests for documents/interrogatories) | January 14, 2025 |
| **Joint status report certifying close of fact discovery:** | January 16, 2025 |
| **Anticipated number of expert reports:** | Plaintiff(s): 2<br>Defendant(s): 1 |

| | |
|---|---|
| **Exchange of expert disclosures completed by:** (Presumptively 30 days after fact discovery) | February 13, 2026 |
| **Expert depositions completed by:** (Presumptively 30 days after initial expert disclosures) | March 18, 2026 |
| **Exchange of rebuttal expert reports by:** (Presumptively 30–45 days after initial expert disclosures) | March 27, 2026 |
| **All expert discovery completed by:** | April 24, 2026 |
| **CERTIFICATION OF THE COMPLETION OF ALL DISCOVERY BY:** (Presumptively 9 months after Initial Conference) | May 1, 2026 |
| **Final date to take first step in dispositive motion practice:** (Parties are directed to consult the District Judge's Individual Rules regarding such motion practice. Presumptively 30 days after completion of all discovery.) | May 22, 2026 |
| **Do the parties wish to be referred to EDNY's mediation program pursuant to Local Rule 83.8?** | Yes ☐    No ☒ |
| **Do the parties consent to trial before a Magistrate Judge pursuant to 28 U.S.C. § 636(c)?** (The fillable consent form may be found at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. Consenting does not affect a party's right to a jury trial.) | Yes ☐    No ☒ |

SO ORDERED:

_____                    _____
TARYN A. MERKL                                    DATE
United States Magistrate Judge