**Generated on:** This page was generated by TSDR on 2024-07-23 14:49:19 EDT

**Mark:** VERMEER

# VERMEER

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87792159 | **Application Filing Date:** | Feb. 09, 2018 |
| **US Registration Number:** | 5927317 | **Registration Date:** | Dec. 03, 2019 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Cancellation/Invalidation Pending

This trademark application has been registered with the Office, but it is currently undergoing a challenge which may result in its removal from the registry.

**Status:** A cancellation proceeding is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Aug. 17, 2022

**Publication Date:** Jan. 22, 2019 **Notice of Allowance Date:** Mar. 19, 2019

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | VERMEER |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Software for augmented reality drone navigation | | |
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | May 2019 | **Use in Commerce:** | May 2019 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | AeroCine Ventures Inc. |
| **Owner Address:** | 253 36th Street 316B<br>Brooklyn, NEW YORK UNITED STATES 11232 |
| **Legal Entity Type:** | CORPORATION |

| | |
|---|---|
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | CASEY SCOTT MCKAY |
| **Attorney Primary Email Address:** | casey@mclaw.io |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | CASEY SCOTT MCKAY<br>MC LAW, PLLC<br>1441 U ST. NW, SUITE 1110<br>WASHINGTON, DISTRICT OF COLUMBIA UNITED STATES 20009 |
| **Phone:** | 202-743-1972 |
| **Fax:** | 866-639-4889 |
| **Correspondent e-mail:** | casey@mclaw.io |
| **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 17, 2022 | CANCELLATION INSTITUTED NO. 999999 | |
| Dec. 03, 2019 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 26, 2019 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Oct. 25, 2019 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Oct. 08, 2019 | STATEMENT OF USE PROCESSING COMPLETE | |
| Sep. 19, 2019 | USE AMENDMENT FILED | |
| Oct. 08, 2019 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Sep. 19, 2019 | TEAS STATEMENT OF USE RECEIVED | |
| Mar. 19, 2019 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 22, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 22, 2019 | PUBLISHED FOR OPPOSITION | |
| Jan. 02, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 17, 2018 | ASSIGNED TO LIE | |
| Nov. 28, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 24, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Nov. 23, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Nov. 23, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jun. 05, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jun. 05, 2018 | NON-FINAL ACTION E-MAILED | |
| Jun. 05, 2018 | NON-FINAL ACTION WRITTEN | |
| May 24, 2018 | ASSIGNED TO EXAMINER | |
| Feb. 17, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Feb. 13, 2018 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Oct. 25, 2019 |

## Proceedings

| Summary | |
|---|---|
| Number of Proceedings: | 1 |

## Type of Proceeding: Cancellation

| | | | |
|---|---|---|---|
| Proceeding Number: | 92080355 | Filing Date: | Aug 16, 2022 |
| Status: | Suspended | Status Date: | Oct 24, 2023 |
| Interlocutory Attorney: | JENNIFER KRISP | | |

### Defendant

| | |
|---|---|
| Name: | AeroCine Ventures Inc. |
| Correspondent Address: | CASEY SCOTT MCKAY<br>MC LAW, PLLC<br>1441 U ST. NW, SUITE 1110<br>WASHINGTON DC UNITED STATES , 20009 |
| Correspondent e-mail: | casey@mclaw.io |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| VERMEER | | 87792159 | 5927317 |

### Plaintiff(s)

| | |
|---|---|
| Name: | Vermeer Manufacturing Company |
| Correspondent Address: | JORDAN MEGGISON-DECKER<br>BROWNWINICK LAW FIRM<br>666 GRAND AVENUE, SUITE 2000<br>DES MOINES IA UNITED STATES , 50309 |
| Correspondent e-mail: | ip@brownwinick.com |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| VERMEER | | 74317806 | 1771115 |
| VERMEER | | 76018669 | 2593606 |
| VERMEER | | 78615822 | 3228694 |
| VERMEER | | 90502421 | 6783436 |
| VERMEER | | 97331059 | |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 18 | ORDER - SUSP PENDING EXPERT DISCOVERY | Oct 24, 2023 | |
| 17 | P NOTICE OF SERVICE OF EXPERT DISCLO | Oct 13, 2023 | |
| 16 | EXTENSION OF TIME GRANTED | Aug 25, 2023 | |
| 15 | P MOT FOR EXT W/ CONSENT | Aug 25, 2023 | |
| 14 | STIP NOTED AND APPROVED | Aug 09, 2023 | |
| 13 | STIPULATED PROTECTIVE ORDER | Aug 04, 2023 | |
| 12 | TRIAL DATES RESET | Mar 17, 2023 | |
| 11 | TRIAL DATES RESET | Feb 10, 2023 | |
| 10 | P REPLY IN SUPPORT OF MOTION | Dec 12, 2022 | |
| 9 | D OPP/RESP TO MOTION | Nov 23, 2022 | |
| 8 | SUSP PEND DISP OF OUTSTNDNG MOT | Nov 10, 2022 | |
| 7 | P MOT TO DISMISS COUNTERCLAIM: FRCP 12(B) | Nov 03, 2022 | |
| 6 | ANSWER TO COUNTERCLAIM DUE ( DUE DATE) | Oct 04, 2022 | Nov 03, 2022 |
| 5 | ANSWER AND COUNTERCLAIM ( FEE) | Sep 26, 2022 | |
| 4 | D APPEARANCE / POWER OF ATTORNEY | Sep 26, 2022 | |
| 3 | INSTITUTED | Aug 17, 2022 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 17, 2022 | Sep 26, 2022 |

1          FILED AND FEE                                            Aug 16, 2022

# United States of America

## United States Patent and Trademark Office

# VERMEER

**Reg. No. 5,927,317**

**Registered Dec. 03, 2019**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

AeroCine Ventures Inc.  (DELAWARE CORPORATION)
253 36th Street 316b
Brooklyn, NEW YORK 11232

CLASS 9: Software for augmented reality drone navigation

FIRST USE 5-00-2019; IN COMMERCE 5-00-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-792,159, FILED 02-09-2018



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.





Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87792159 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 120 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| MARK | https://tmng-al.uspto.gov/resting2/api/img/87792159/large |
| LITERAL ELEMENT | VERMEER |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION** | |
| NAME | AeroCine Ventures Inc. |
| STREET | 253 36th Street 316B |
| CITY | Brooklyn |
| STATE | New York |
| ZIP/POSTAL CODE | 11232 |
| COUNTRY | United States |
| **ATTORNEY SECTION (current)** | |
| NAME | XAVIER MORALES |
| ATTORNEY BAR MEMBERSHIP NUMBER | NOT SPECIFIED |
| YEAR OF ADMISSION | NOT SPECIFIED |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | NOT SPECIFIED |
| FIRM NAME | LAW OFFICE OF XAVIER MORALES |
| STREET | PO BOX 6510 |
| CITY | SAN ANTONIO |
| STATE | Texas |
| POSTAL CODE | 78209 |
| COUNTRY | United States |
| PHONE | 866-618-2517 |
| FAX | 866-639-4889 |
| EMAIL | XM@SECUREYOURTRADEMARK.COM |

| | |
|---|---|
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

**ATTORNEY SECTION (proposed)**

| | |
|---|---|
| **NAME** | XAVIER MORALES |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | LAW OFFICE OF XAVIER MORALES |
| **STREET** | PO BOX 6510 |
| **CITY** | SAN ANTONIO |
| **STATE** | Texas |
| **POSTAL CODE** | 78209 |
| **COUNTRY** | United States |
| **PHONE** | 866-618-2517 |
| **FAX** | 866-639-4889 |
| **EMAIL** | XM@SECUREYOURTRADEMARK.COM |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

**CORRESPONDENCE SECTION (current)**

| | |
|---|---|
| **NAME** | XAVIER MORALES |
| **FIRM NAME** | LAW OFFICE OF XAVIER MORALES |
| **STREET** | PO BOX 6510 |
| **CITY** | SAN ANTONIO |
| **STATE** | Texas |
| **POSTAL CODE** | 78209 |
| **COUNTRY** | United States |
| **PHONE** | 866-618-2517 |
| **FAX** | 866-639-4889 |
| **EMAIL** | XM@SECUREYOURTRADEMARK.COM |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

**CORRESPONDENCE SECTION (proposed)**

| | |
|---|---|
| **NAME** | XAVIER MORALES |
| **FIRM NAME** | LAW OFFICE OF XAVIER MORALES |
| **STREET** | PO BOX 6510 |
| **CITY** | SAN ANTONIO |
| **STATE** | Texas |
| **POSTAL CODE** | 78209 |
| **COUNTRY** | United States |
| **PHONE** | 866-618-2517 |

| | |
|---|---|
| **FAX** | 866-639-4889 |
| **EMAIL** | XM@SECUREYOURTRADEMARK.COM |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| **INTERNATIONAL CLASS** | 009 |
| **CURRENT IDENTIFICATION** | Software for augmented reality drone navigation |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 05/00/2019 |
| **FIRST USE IN COMMERCE DATE** | 05/00/2019 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\877\921\87792159\xml11\SOU0002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\877\921\87792159\xml11\SOU0003.JPG |
| **SPECIMEN DESCRIPTION** | Software launch screen and icon |
| **REQUEST TO DIVIDE** | NO |

## PAYMENT SECTION

| | |
|---|---|
| **NUMBER OF CLASSES IN USE** | 1 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **TOTAL AMOUNT** | 100 |

## SIGNATURE SECTION

| | |
|---|---|
| **DECLARATION SIGNATURE** | /xm/ |
| **SIGNATORY'S NAME** | Xavier Morales |
| **SIGNATORY'S POSITION** | Attorney of record |
| **DATE SIGNED** | 09/19/2019 |

## FILING INFORMATION

| | |
|---|---|
| **SUBMIT DATE** | Thu Sep 19 16:03:47 EDT 2019 |
| **TEAS STAMP** | USPTO/SOU-XXX.XX.XX.XXX-2 0190919160347405771-87792 159-6102f113446a729caf527 9d7b97dd429fee1d3cc1d90ee 20b6546ce016acfcafab-CC-0 3461961-20190919160147466 507 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** VERMEER(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/87792159/large)
**SERIAL NUMBER:** 87792159


The applicant, AeroCine Ventures Inc., having an address of
    253 36th Street 316B
    Brooklyn, New York 11232
    United States
is submitting the following allegation of use information:

For International Class 009:
Current identification: Software for augmented reality drone navigation

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 05/00/2019, and first used in commerce at least as early as 05/00/2019, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Software launch screen and icon.
Specimen File1
Specimen File2


The applicant is not filing a Request to Divide with this Allegation of Use form.


The applicant's current attorney information: XAVIER MORALES. XAVIER MORALES of LAW OFFICE OF XAVIER MORALES, is located at

    PO BOX 6510
    SAN ANTONIO, Texas 78209
    United States

The phone number is 866-618-2517.

The fax number is 866-639-4889.

The email address is XM@SECUREYOURTRADEMARK.COM

The applicants proposed attorney information: XAVIER MORALES. XAVIER MORALES of LAW OFFICE OF XAVIER MORALES, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

    PO BOX 6510
    SAN ANTONIO, Texas 78209
    United States

The phone number is 866-618-2517.

The fax number is 866-639-4889.

The email address is XM@SECUREYOURTRADEMARK.COM

XAVIER MORALES submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current correspondence information: XAVIER MORALES. XAVIER MORALES of LAW OFFICE OF XAVIER MORALES, is located at

    PO BOX 6510
    SAN ANTONIO, Texas 78209
    United States

The phone number is 866-618-2517.

The fax number is 866-639-4889.

The email address is XM@SECUREYOURTRADEMARK.COM

The applicants proposed correspondence information: XAVIER MORALES. XAVIER MORALES of LAW OFFICE OF XAVIER MORALES, is located at

    PO BOX 6510
    SAN ANTONIO, Texas 78209
    United States

The phone number is 866-618-2517.

The fax number is 866-639-4889.

The email address is XM@SECUREYOURTRADEMARK.COM

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

## Declaration

☑ The signatory believes that the applicant is the owner of the mark sought to be registered.
**For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
**For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
**For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

☑ The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /xm/    Date Signed: 09/19/2019
Signatory's Name: Xavier Morales
Signatory's Position: Attorney of record

Mailing Address:
  LAW OFFICE OF XAVIER MORALES

  PO BOX 6510
  SAN ANTONIO, Texas 78209

RAM Sale Number: 87792159
RAM Accounting Date: 09/19/2019

Serial Number: 87792159
Internet Transmission Date: Thu Sep 19 16:03:47 EDT 2019
TEAS Stamp: USPTO/SOU-XXX.XX.XX.XXX-2019091916034740
5771-87792159-6102f113446a729caf5279d7b9
7dd429fee1d3cc1d90ee20b6546ce016acfcafab
-CC-03461961-20190919160147466507





**FEE RECORD SHEET**

**Serial Number:** 87792159

**RAM Sale Number: 87792159**

**RAM Accounting Date: 20190919**

**Total Fees:**    $100

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20190919 | $100 | 1 | $100 |

**Transaction Date:**    20190919



Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87792159**
**Filing Date: 02/09/2018**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | [VERMEER](#) |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | VERMEER |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | AeroCine Ventures Inc. |
| *STREET | 253 36th Street 316B |
| *CITY | Brooklyn |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 11232 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| * STATE/COUNTRY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Software for **augmented reality drone navigation** |
| *FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS INFORMATION** | |
| *TRANSLATION (if applicable) | |

| *TRANSLITERATION<br>(if applicable) | |
|---|---|
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |

## ATTORNEY INFORMATION

| NAME | XAVIER MORALES |
|---|---|
| FIRM NAME | LAW OFFICE OF XAVIER MORALES |
| STREET | PO BOX 6510 |
| CITY | SAN ANTONIO |
| STATE | Texas |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 78209 |
| PHONE | 866-618-2517 |
| FAX | 866-639-4889 |
| EMAIL ADDRESS | XM@SECUREYOURTRADEMARK.COM |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| *NAME | XAVIER MORALES |
|---|---|
| FIRM NAME | LAW OFFICE OF XAVIER MORALES |
| *STREET | PO BOX 6510 |
| *CITY | SAN ANTONIO |
| *STATE<br>(Required for U.S. addresses) | Texas |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 78209 |
| PHONE | 866-618-2517 |
| FAX | 866-639-4889 |
| *EMAIL ADDRESS | XM@SECUREYOURTRADEMARK.COM |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| APPLICATION FILING OPTION | TEAS Plus |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 225 |

## SIGNATURE INFORMATION

| * SIGNATURE | /xm/ |
|---|---|

| * SIGNATORY'S NAME | XAVIER MORALES |
|---|---|
| * SIGNATORY'S POSITION | ATTORNEY OF RECORD, TEXAS BAR MEMBER |
| SIGNATORY'S PHONE NUMBER | 866-618-2517 |
| * DATE SIGNED | 02/09/2018 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87792159**
**Filing Date: 02/09/2018**

## To the Commissioner for Trademarks:

**MARK:** VERMEER (Standard Characters, see mark)
The mark in your application is VERMEER.

The applicant, AeroCine Ventures Inc., a corporation of Delaware, having an address of
    253 36th Street 316B
    Brooklyn, New York 11232
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 009:  Software for augmented reality drone navigation
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
    XAVIER MORALES of LAW OFFICE OF XAVIER MORALES      PO BOX 6510
    SAN ANTONIO, Texas 78209
    United States
    866-618-2517(phone)
    866-639-4889(fax)
    XM@SECUREYOURTRADEMARK.COM (authorized)

The applicant's current Correspondence Information:
    XAVIER MORALES
    LAW OFFICE OF XAVIER MORALES
    PO BOX 6510
    SAN ANTONIO, Texas 78209
    866-618-2517(phone)
    866-639-4889(fax)
    XM@SECUREYOURTRADEMARK.COM (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Plus status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

## Declaration

☑ **Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**AND/OR**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /xm/  Date: 02/09/2018
Signatory's Name: XAVIER MORALES
Signatory's Position: ATTORNEY OF RECORD, TEXAS BAR MEMBER
Signatory's Phone Number: 866-618-2517
Payment Sale Number: 87792159
Payment Accounting Date: 02/12/2018

Serial Number: 87792159
Internet Transmission Date: Fri Feb 09 15:59:31 EST 2018
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XXX-2018020915593141
2887-87792159-510c1caaa2da440ab553f5caf3
33ed7e056cd71d6d99af52f2bf8825372753c6c-
CC-2501-20180209155611284509

# VERMEER