Vermeer Manufacturing Company
(a Iowa Corporation)
1210 Vermeer Road East
P.O. Box 200
Pella, Iowa 50219

Date of First Use: At least as early as September 28, 1999

Date of First Use in
Interstate Commerce: At least as early as September 28, 1999

For: AGRICULTURAL EQUIPMENT, NAMELY, HAY BALERS, MOWERS AND CONDITIONERS, HAY RAKES, BALE HANDLING MACHINES, BALE MOVERS, BALE SLICING MACHINES, BALE SILAGE WRAPPERS, BALE PROCESSORS, BALE-WRAPPING MACHINES, HAY TEDDERS, ROCK PICKERS; MATERIAL REDUCING MACHINES, NAMELY, BRUSH CHIPPERS, STUMP CUTTERS, TREE SPADES, CONCRETE CUTTERS; EARTH MOVING AND EARTH BORING EQUIPMENT, NAMELY, RUBBER TIRED TRENCHERS, TRACK TRENCHERS, UTILITY TRENCHERS, UNDERGROUND BORING MACHINES, PNEUMATIC BORING MACHINES, EARTH COMPACTING MACHINES AND TAMPERS, VIBRATORY PLOWS, CRAWLER TRACTORS, PIERCING MACHINE TOOLS, HORIZONTAL DIRECTIONAL DRILLING MACHINES; MUD ADDITIVE MIXING MACHINE SYSTEM FOR USE IN DRILLING FLUID APPLICATIONS, VACUUM EQUIPMENT, NAMELY, VACUUM EVACUATION SYSTEMS; in Class 7; ELECTRONIC MONITORS, DISPLAYS, MODULES, SENSORS AND CONTROLS USED FOR AGRICULTURAL, UNDERGROUND BORING, ENVIRONMENTAL, MATERIAL REDUCING, EARTH MOVING, AND MUD ADDITIVE MACHINES AND VACUUM EQUIPMENT; ELECTRONIC DEVICE COMPRISED OF SENSORS AND COMPUTERS USED FOR UNDERGROUND BORING AND TRENCHING AND DESIGNED TO AVOID OBSTACLES AND HAZARDS AND TO CONTROL THE SPEED OF THE BORING TOOL; TERRESTRIAL SUBTERRANEAN GROUND PENETRATING RADAR SENSORS; SURVEYING APPARATUS AND COMPUTER SOFTWARE FOR PROVIDING THREE DIMENSIONAL MAPS, LOCATING BURIED UTILITIES, LOCATING AND IDENTIFYING BEDROCK AND SOILS, LOCATING SOIL AND SOIL/ROCK INTERFACES, IDENTIFYING WATER TABLE DEPTHS, GUIDING THE OPERATION OF BORING, TRENCHING OR OTHER CONSTRUCTION EQUIPMENT, AND /OR GENERATING TOPOGRAPHY AND TERRAIN INFORMATION; COMPUTER SOFTWARE FOR FLEET MANAGEMENT in Class 9;

VERMEER

04-05-2000
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #61

TRADEMARK

76018669

# 76018669

TRADEMARK APPLICATION SERIAL NO.

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

```
04/11/2000 TEVANS    00000275 132725   76018669
01 FC:361         650.00 CH
```

PTO-1555
(5/87)

# Merchant & Gould

An Intellectual Property Law Firm

90 South Seventh Street
Suite 3100
Minneapolis, Minnesota
55402-3131 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

Direct Contact | 612.336.4619
broutman@merchant-gould.com

A Professional Corporation

In re Application of: Vermeer Manufacturing Company
Mark: VERMEER
Docket No.: 10646.29US04

---

CERTIFICATE UNDER 37 CFR 1.10
   "Express Mail" mailing label number: EL488193255US
   Date of Deposit: April 5, 2000
I hereby certify that this paper or fee is being deposited with the United States Postal Service 'Express Mail Post Office To Addressee' service under 37 CFR 1.10 on the date indicated above and is addressed to the Assistant Commissioner Trademarks, BOX: NEW APP, 2900 Crystal Drive, Arlington, VA 22202-3513.

By: _[signature]_
Name: Linda McCormick

---

Assistant Commissioner for Trademarks
BOX: NEW APP
2900 Crystal Drive
Arlington, VA 22202-3513

Sir:

We are transmitting herewith the attached:

- ☒ Transmittal Sheet in duplicate containing Express Mail Certificate under 37 CFR 1.10.
- ☒ Return postcard.
- ☒ Check in the amount of $650.00 to cover filing fee.
- ☒ Trademark Application in Class(es) 7 and 9
- ☒ 2 Specimen(s) ( 1 for each class)
- ☒ Typed Drawing

**Please charge any additional fees or credit overpayment to Deposit Account No. 13-2725. A duplicate copy of this sheet is enclosed.**

By: _[signature]_
Name: Brent E. Routman
BER:PSTkls

(TM NEW FILING)

M&G #: 10646.29-US-04                                                          Mark: VERMEER

                                                                                Class: 7 & 9

TO THE ASSISTANT COMMISSIONER FOR TRADEMARKS:

Applicant:            VERMEER MANUFACTURING COMPANY

Business Address:     1210 Vermeer Road East
                      P.O. Box 200
                      Pella, Iowa 50219

The above-identified Applicant seeks registration of the mark shown in the accompanying drawing for:

AGRICULTURAL EQUIPMENT, NAMELY, HAY BALERS, MOWERS AND CONDITIONERS, HAY RAKES, BALE HANDLING MACHINES, BALE MOVERS, BALE SLICING MACHINES, BALE SILAGE WRAPPERS, BALE PROCESSORS, BALE-WRAPPING MACHINES, HAY TEDDERS, ROCK PICKERS; MATERIAL REDUCING MACHINES, NAMELY, BRUSH CHIPPERS, STUMP CUTTERS, TREE SPADES, CONCRETE CUTTERS; EARTH MOVING AND EARTH BORING EQUIPMENT, NAMELY, RUBBER TIRED TRENCHERS, TRACK TRENCHERS, UTILITY TRENCHERS, UNDERGROUND BORING MACHINES, PNEUMATIC BORING MACHINES, EARTH COMPACTING MACHINES AND TAMPERS, VIBRATORY PLOWS, CRAWLER TRACTORS, PIERCING MACHINE TOOLS, HORIZONTAL DIRECTIONAL DRILLING MACHINES; MUD ADDITIVE MIXING MACHINE SYSTEM FOR USE IN DRILLING FLUID APPLICATIONS, VACUUM EQUIPMENT, NAMELY, VACUUM EVACUATION SYSTEMS; in Class 7;

ELECTRONIC MONITORS, DISPLAYS, MODULES, SENSORS AND CONTROLS USED FOR AGRICULTURAL, UNDERGROUND BORING, ENVIRONMENTAL, MATERIAL REDUCING, EARTH MOVING, AND MUD ADDITIVE MACHINES AND VACUUM EQUIPMENT; ELECTRONIC DEVICE COMPRISED OF SENSORS AND COMPUTERS USED FOR UNDERGROUND BORING AND TRENCHING AND DESIGNED TO AVOID OBSTACLES AND HAZARDS AND TO CONTROL THE SPEED OF THE BORING TOOL; TERRESTRIAL SUBTERRANEAN GROUND PENETRATING RADAR SENSORS; SURVEYING APPARATUS AND COMPUTER SOFTWARE FOR PROVIDING THREE DIMENSIONAL MAPS, LOCATING BURIED UTILITIES, LOCATING AND IDENTIFYING BEDROCK AND SOILS, LOCATING SOIL AND SOIL/ROCK INTERFACES, IDENTIFYING WATER TABLE DEPTHS, GUIDING THE OPERATION OF BORING, TRENCHING OR OTHER CONSTRUCTION EQUIPMENT, AND /OR GENERATING TOPOGRAPHY AND TERRAIN INFORMATION; COMPUTER SOFTWARE FOR FLEET MANAGEMENT in Class 9;

and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946, under 15 U.S.C. 1051(a).

The mark was first used on the goods at least as early as September 28, 1999; was first used on the goods in interstate commerce at least as early as September 28, 1999; and is now in use in such commerce.

One specimen showing the mark as actually used for each class is presented herewith.

2

The undersigned hereby appoints Linda M. Byrne, Reg. No. 32,404; John W. Albrecht, Reg. No. 40,481; Gregg I. Anderson, Reg. No. 28,828; Brian H. Batzli, Reg. No. 32,960; John L. Beard, Reg. No. 27,612; John A. Clifford, Reg. No. 30,247; Ronald A. Daignault, Reg. No. 25,968; Mark J. DiPietro, Reg. No. 28,707; Sandra Epp Ryan, 39,667; Kristina M. Foudray; Charles E. Golla, Reg. No. 26,896; Gregory C. Golla; John D. Gould, Reg. No. 18,223; Curtis B. Hamre, Reg. No. 29,165; Scott W. Johnston, Reg. No. 39,721; D. Randall King; Anna W. Manville; John B. Phillips; Reg. No. 37,206; Melissa J. Pytel, Reg. No. 41,512; Brent E. Routman; Michael D. Schumann, Reg. No. 30,422; Gregory A. Sebald, Reg. No. 33,280; John S. Sumners, Reg. No. 24,216; James F. Voegeli; John R. Wahl, Reg. No. 33,044; and Paul A. Welter, Reg. No. 20,890 as attorneys with the full power to represent the applicant in connection with this trademark application.

Please direct all correspondence to the attention of:

Linda M. Byrne
Merchant & Gould P.C.
3100 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-4131
612/332-5300

DECLARATION

The undersigned, J. Jarrett Cowden, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that I am properly authorized to execute this application on behalf of the applicant; I believe the applicant to be the owner of the mark sought to be registered, or, if the application is being filed under 15 U.S.C. 1051(b), I believe the applicant to be entitled to use such

3

mark in commerce; to the best of my knowledge and belief no other person, firm, corporation, or association has the right to use the above identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of my own knowledge are true and all statements made on information and belief are believed to be true.

Dated: 1/28/00

By: [signature]
Name: J. Jarrett Cowden
Title: Vice President of Marketing and Sales

4



# Specifications Terrain Mapping System

## 76018669



### General

**Weight:** 1 kg (2.2 lb.)
**Size:** 15.2 x 6.4 x 12.7 cm (6 x 2.5 x 5in)
**Max Range:** 1880 feet (575 meters) to a cooperative target
**Range Resolution:** 0.05 feet (0.01 meters)
**Inclination Limits:** ±180 degrees
**Inclination Accuracy:** ±0.1 degree (typical)
**Power:** Two AA batteries providing up to 20 hours of use.
**Supply:** Do not use "voltage check" cells.

### Package Includes

Laser Unit, CE Device (Compaq Computer), Laser Pole with bipod legs, Prism Pole with tripod legs, Prism, All connection cables(upload/download), Carrying case

### Key Features

The Vermeer Terrain Mapping system is a lightweight, bipod mounted laser-ranging instrument that allows quick and convenient measurement of distances and heights. The Terrain mapping unit uses a reflective laser for mapping up to 600 ft in distance without moving the prism providing 2-4" accuracy for height and distance. The unit consists of a laser with laser pole and bipod legs connected to a Compaq Windows CE handheld computer and shooting to a stationary prism on a prism pole and tripod legs. The CE handheld computer has a transreflective screen for easy color viewing outdoors and software developed by Vermeer Advanced Control Systems (ACS) for recording topography and utility information. This information can then be down-loaded directly into the Atlas Bore Planner 2.1 and 2.1 Pro or into a CAD program. The operator will record a topography or utility location then move with the laser to the next point to record. The operator moves down the bore or trench line and shoots to the stationary prism. The operator is able to shoot from the left or right side of the prism to record topography and utility points or move the prism if line-of-sight is lost in order to accomodate bores over 600 ft in length. Record topography points and utilities simply by sighting the prism through the scope and pressing the record button on the Windows CE unit.

### Hand-Held Computer

**Compaq Aero 2150 Color Palm-size PC**
**Processor:** Fast, 70-MHz MIPS based RISC processor optimized for palm-size PC and Windows CE
**Memory:** 16 MB
**Display:** 256 color, highly reflective, Thin Film Transistor (TFT), liquid crystal display.
**Power Supply:** 900mah Li-Ion battery provides up to 10 hours of use.

### SPECIMEN

Mark: VERMEER
App.: Vermeer Manufacturing Company
International Class: 9

*These specifications are preliminary. Vermeer reserves the right to make changes in engineering, design and specifications, add improvements, or discontinue manufacture of any item without notice or obligation. VERMEER and Vermeer Logo are registered trademarks of Vermeer manufacturing Company in the U.S. and/or other countries. Compaq is a trademark of Compaq Computer Corporation. 1999 © Vermeer Manufacturing Company. All Rights Reserved.*

**Vermeer Manufacturing Company** • P.O. Box 200 • Pella, Iowa 50219 U.S.A. • Phone: (515) 628-3141 • Fax: (515) 621-7734

# BRUSH CHIPPER



# Vermeer

# BC1230A

## Powerful Brush-Chipping Action Packs Away Brush

The compact BC1230A brush chipper is designed and built to handle the rugged demands of heavy-duty commercial applications. Four different engine options ranging from 84 to 135 HP (63 to 101 kw) offer the power you need to pack away brush on even the toughest jobs. Enjoy powerful brush-chipping action with the slimmed-down, fighting-tough Vermeer BC1230A.



SPECIMEN
Mark: VERMEER
App.: Vermeer Man[...]
[...]

76018669