PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

Serial Number: 78909250
Filing Date: 06/15/2006

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5\789\092\78909250\xml1\APP0002.JPG |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | V |
| COLOR MARK | NO |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 478 x 400 |
| **OWNER SECTION** | |
| NAME | VERMEER MANUFACTURING COMPANY |
| STREET | 1210 Vermeer Road East P.O. Box 200 |
| CITY | Pella |
| STATE | Iowa |
| ZIP/POSTAL CODE | 50219 |
| COUNTRY | United States |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | CORPORATION |
| STATE/COUNTRY OF INCORPORATION | Iowa |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 007 |
| DESCRIPTION | Power-operated agricultural equipment, namely hay balers, mowers and conditioners, hay rakes, bale handling machines, bale movers, bale slicing machines, bale silage wrappers, bale processors, bale- wrapping machines, hay tedders, rock pickers; material reducing machines, namely, brush chippers, stump cutters, tree spades, concrete cutters; earth moving and earth boring machines, namely rubber tired trenchers, track trenchers, utility trenchers, underground boring machines, pneumatic boring machines, earth compacting machines and tampers, vibratory plows, compact utility loaders, compact excavators, piercing machine tools, namely, a pneumatic-operated impact boring tool, horizontal directional drilling |

|  |  |
|---|---|
|  | machines; mud additive mixing machine system for use in drilling fluid applications primarily comprised of mud additive mixing machines and containers for storing and mixing bulk mud additives sold as a unit, vacuum equipment, namely vacuum evacuation systems consisting primarily of vacuum pumps and structural parts thereof for use on horizontal boring and directional drilling machines |
| FILING BASIS | Section 1(b) |
| **GOODS AND/OR SERVICES SECTION** ||
| INTERNATIONAL CLASS | 009 |
| DESCRIPTION | Electronic monitors; displays, modules, sensors and controls used for agricultural, underground boring, environmental, material reducing, earth moving, and mud additive machines and vacuum equipment; electronic device comprised of sensors and computers used for underground boring and trenching and designed to avoid obstacles and hazards and to control the speed of the boring tool; terrestrial subterranean ground penetrating radar sensors; surveying apparatus in the nature of a ground penetrating radar and electromagnetic induction instruments and computer software for providing three dimensional maps, locating buried utilities, locating and identifying bedrock and soils, locating soil and soil/rock interfaces, identifying water table depths, guiding the operation of boring, trenching or other construction equipment, and/or generating topography and terrain information; computer software for fleet management |
| FILING BASIS | Section 1(b) |
| **GOODS AND/OR SERVICES SECTION** ||
| INTERNATIONAL CLASS | 016 |
| DESCRIPTION | Printed publications relating to agricultural, environmental, underground construction, and industrial equipment and related products and services such as productivity enhancement, customer service and other topics of interest, namely, company newsletters, magazines, bulletins and manuals |
| FILING BASIS | Section 1(b) |
| **GOODS AND/OR SERVICES SECTION** ||
| INTERNATIONAL CLASS | 035 |
| DESCRIPTION | Business information in the field of agricultural, earth moving, earth boring, material reducing and material handling equipment and parts therefore, provided to dealers and customers by online computer network for use in support of retail services, marketing and management; providing online directory information services also featuring hyperlinks to other websites, for use by dealers and customers in the field of agricultural, earth moving, earth boring, material reducing and material handling equipment and parts thereof |
| FILING BASIS | Section 1(b) |
| **ADDITIONAL STATEMENTS SECTION** ||
| PRIOR REGISTRATION(S) | Applicant claims ownership of U.S. Registration Number(s) 1982453 and 1985465. |
| **SIGNATURE SECTION** ||

| | |
|---|---|
| SIGNATURE | /ber/ |
| SIGNATORY NAME | Brent E. Routman |
| SIGNATORY DATE | 06/15/2006 |
| SIGNATORY POSITION | Attorney for Applicant |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 4 |
| NUMBER OF CLASSES PAID | 4 |
| SUBTOTAL AMOUNT | 1300 |
| TOTAL AMOUNT | 1300 |
| PAYMENT METHOD | DA |
| **ATTORNEY** | |
| NAME | Brent E. Routman |
| FIRM NAME | Merchant & Gould P.C. |
| STREET | P.O. Box 2910 |
| CITY | Minneapolis |
| STATE | Minnesota |
| ZIP/POSTAL CODE | 55402-0910 |
| COUNTRY | United States |
| PHONE | 612-332-5300 |
| FAX | 612-332-9081 |
| EMAIL | broutman@merchantgould.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| ATTORNEY DOCKET NUMBER | 10646.437US01 |
| OTHER APPOINTED ATTORNEY(S) | Scott W. Johnston, Sandra Epp Ryan, Gregory Golla, Chris Schulte, John L. Beard, Brian H. Batzli |
| **CORRESPONDENCE SECTION** | |
| NAME | Brent E. Routman |
| FIRM NAME | Merchant & Gould P.C. |
| STREET | P.O. Box 2910 |
| CITY | Minneapolis |
| STATE | Minnesota |
| ZIP/POSTAL CODE | 55402-0910 |
| COUNTRY | United States |
| PHONE | 612-332-5300 |
| FAX | 612-332-9081 |
| EMAIL | broutman@merchantgould.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **FILING INFORMATION** | |

| | |
|---|---|
| SUBMIT DATE | Thu Jun 15 16:09:44 EDT 2006 |
| TEAS STAMP | USPTO/BAS-XXXXXXXXXXX-200 60615160944244628-7890925 0-200dc114ef1bc4e40d4eccd 677412eae4bc-DA-330-20060 615160353885444 |

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 78909250**
**Filing Date: 06/15/2006**

**To the Commissioner for Trademarks:**

**MARK:** V (stylized and/or with design, see mark)

The literal element of the mark consists of V.

The applicant, VERMEER MANUFACTURING COMPANY, a corporation of Iowa, residing at 1210 Vermeer Road East P.O. Box 200, Pella, Iowa, United States, 50219, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

    International Class 007: Power-operated agricultural equipment, namely hay balers, mowers and conditioners, hay rakes, bale handling machines, bale movers, bale slicing machines, bale silage wrappers, bale processors, bale- wrapping machines, hay tedders, rock pickers; material reducing machines, namely, brush chippers, stump cutters, tree spades, concrete cutters; earth moving and earth boring machines, namely rubber tired trenchers, track trenchers, utility trenchers, underground boring machines, pneumatic boring machines, earth compacting machines and tampers, vibratory plows, compact utility loaders, compact excavators, piercing machine tools, namely, a pneumatic-operated impact boring tool, horizontal directional drilling machines; mud additive mixing machine system for use in drilling fluid applications primarily comprised of mud additive mixing machines and containers for storing and mixing bulk mud additives sold as a unit, vacuum equipment, namely vacuum evacuation systems consisting primarily of vacuum pumps and structural parts thereof for use on horizontal boring and directional drilling machines
    International Class 009: Electronic monitors; displays, modules, sensors and controls used for agricultural, underground boring, environmental, material reducing, earth moving, and mud additive machines and vacuum equipment; electronic device comprised of sensors and computers used for underground boring and trenching and designed to avoid obstacles and hazards and to control the speed of the boring tool; terrestrial subterranean ground penetrating radar sensors; surveying apparatus in the nature of a ground penetrating radar and electromagnetic induction instruments and computer software for providing three dimensional maps, locating buried utilities, locating and identifying bedrock and soils, locating soil and soil/rock interfaces, identifying water table depths, guiding the operation of boring, trenching or other construction equipment, and/or generating topography and terrain information; computer software for fleet management
    International Class 016: Printed publications relating to agricultural, environmental, underground construction, and industrial equipment and related products and services such as productivity enhancement, customer service and other topics of interest, namely, company newsletters, magazines, bulletins and manuals
    International Class 035: Business information in the field of agricultural, earth moving, earth boring, material reducing and material handling equipment and parts therefore, provided to dealers and customers by online computer network for use in support of retail services, marketing and management; providing online directory information services also featuring hyperlinks to other websites, for use by dealers and customers in the field of agricultural, earth moving, earth boring, material reducing and material handling equipment and parts thereof

Applicant claims ownership of U.S. Registration Number(s) 1982453 and 1985465.

The applicant hereby appoints Brent E. Routman and Scott W. Johnston, Sandra Epp Ryan, Gregory Golla, Chris Schulte, John L. Beard, Brian H. Batzli of Merchant & Gould P.C., P.O. Box 2910, Minneapolis, Minnesota, United States, 55402-0910 to submit this application on behalf of the applicant. The attorney docket/reference number is 10646.437US01.

The USPTO is authorized to communicate with the applicant or its representative at the following email address: broutman@merchantgould.com.

A fee payment in the amount of $1300 will be submitted with the application, representing payment for 4 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be

the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /ber/   Date: 06/15/2006
Signatory's Name: Brent E. Routman
Signatory's Position: Attorney for Applicant


Mailing Address:
   Brent E. Routman
   P.O. Box 2910
   Minneapolis, Minnesota 55402-0910

RAM Sale Number: 330
RAM Accounting Date: 06/16/2006

Serial Number: 78909250
Internet Transmission Date: Thu Jun 15 16:09:44 EDT 2006
TEAS Stamp: USPTO/BAS-XXXXXXXXXXX-200606151609442446
28-78909250-200dc114ef1bc4e40d4eccd67741
2eae4bc-DA-330-20060615160353885444













# Vermeer POWERLINE

Volume 39, Number 1
January 2013

### Inside

- 2 JSA goes paperless
- 4 Expect the Best
- 4 Archiving the past
- 5 Vermeer team members fill need
- 6 Vermeer helps Kubota commemorate anniversary
- 7 Retirement congratulations
- 8 Clark and Tangeman take Pro-am title

## Food drive warms hearts (and stomachs) in Iowa

Vermeer Corporation has held an annual holiday food drive for a number of years and the 2012 food drive brought in a record number of donations. Team members from across the Vermeer Mile brought in contributions totaling approximately 100,000 pounds of food. After reviewing the total donation results from the team, the Vermeer Charitable Foundation (VCF) contributed $1,000 to the cause and received a "kudos" from VCF Executive Secretary Lois Vermeer. The donations are being distributed to central Iowa area food pantries during the holiday season.



*Chuck Galeazzi with Helping Hands Shelter (center) says thank you to good-natured Vermeer team members Bruce Severson (left) and Mark Cooper (right).*

Awareness regarding the need and encouragement to make food donations came from various sources. Managers raised awareness of hunger struggles during startup meetings and letters and emails were shared, but team members from Vermeer Plant 1, Plant 3, the Parts Distribution Center and maintenance decided to make things a little more interesting. "We rallied our troops for a friendly competition, but really it was all for such a great, great cause," said Bruce Severson of Vermeer.

The plants established a small contest to see which team could raise the largest amount of food. As a friendly incentive, managers agreed to dress up in costumes and/or sing Christmas carols around the different plants. "When we get our managers really excited about this kind of project, our team members actually take it to the next level and that is truly moving," said Vermeer Chaplain Kevin Glesener.

On December 19, Bruce Severson and a number of others from Plant 3 spread some holiday cheer and caroled through both production and administration areas of Plant 1, Plant 3 and the Parts Distribution Center. "At first, even the thought of singing in front of everyone was pretty petrifying," said Severson, "but to see the joy and the smiles of all the people who came to listen to us was so much fun."

As fun as a friendly competition can be, the most exciting part of the project was to see the effect of team members' unstinting donations spread across nearly 15 food pantries. Helping Hands in Knoxville, Iowa, shared their sincere gratitude for the generosity of Vermeer team members. "The Vermeer team assured me and my prayers were answered. Over 7,000 pounds of food with one phone call – Vermeer truly saved our Christmas food day," said Chuck Galeazzi of Helping Hands.

With the help of New Sharon United Methodist Church, volunteers were able to deliver food to pantries with open arms all across central Iowa. "After we unloaded everything at Helping Hands, we had the opportunity to look around the shelter. The serving hearts they have there are inspiring. The whole thing has really opened my eyes," said Chad Dixson of Vermeer.

A huge thank you is extended to each team member for making generous donations to this year's holiday food drive. A new record is truly exciting, but the gratitude from the number of families affected by the large donation is worth much more. "It's not just a competition about seeing who can raise the most," said Glesener, "our team members really made an impact on central Iowa." Thank you Vermeer team!

*(continued, page 6)*



