PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

Serial Number: 97331059
Filing Date: 03/25/2022

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 97331059 |
| MARK INFORMATION | |
| *MARK | VERMEER |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | VERMEER |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Vermeer Manufacturing Company |
| *MAILING ADDRESS | 1210 Vermeer Road East |
| *CITY | Pella |
| *STATE (Required for U.S. applicants) | Iowa |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 50219 |
| *EMAIL ADDRESS | XXXX |
| LEGAL ENTITY INFORMATION | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Iowa |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 042 |
| *IDENTIFICATION | Software as a service (SAAS) services featuring software to collect and manage agricultural data; Software as a service (SAAS) services featuring software to collect and manage hay bale data; Software as a service (SAAS) services featuring software for farming and agriculture business management; Software as a service (SAAS) services featuring software for providing alerts, notifications, records, reports, and other documentation regarding field operation and farm business; Software as a service (SAAS) services featuring software for providing customers and dealers access to machine |

| | |
|---|---|
| | information; Providing application services, namely, developing, providing, hosting and managing software applications, websites, and databases for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | Jordan Meggison-Decker |
| **ATTORNEY DOCKET NUMBER** | 3563.0336 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | BrownWinick Law Firm |
| **STREET** | 666 Grand Ave., Suite 2000 |
| **CITY** | Des Moines |
| **STATE** | Iowa |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 50309 |
| **PHONE** | 515-242-2400 |
| **FAX** | 5152422488 |
| **EMAIL ADDRESS** | ip@brownwinick.com |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Jordan Meggison-Decker |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | ip@brownwinick.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| ***TOTAL FEES DUE** | 350 |
| ***TOTAL FEES PAID** | 350 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Jordan Meggison-Decker/ |
| **SIGNATORY'S NAME** | Jordan Meggison-Decker |
| **SIGNATORY'S POSITION** | Attorney of Record, Iowa Bar Member |
| **SIGNATORY'S PHONE NUMBER** | 515-242-2400 |
| **DATE SIGNED** | 03/25/2022 |
| **SIGNATURE METHOD** | Signed directly within the form |

Case 1:25-cv-00239-LDH-CHK   Document 26-6   Filed 09/30/25   Page 3 of 16 PageID #: 293

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97331059**
**Filing Date: 03/25/2022**

## To the Commissioner for Trademarks:

**MARK:** VERMEER (Standard Characters, see mark)
The literal element of the mark consists of VERMEER. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Vermeer Manufacturing Company, a corporation of Iowa, having an address of
    1210 Vermeer Road East
    Pella, Iowa 50219
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 042:  Software as a service (SAAS) services featuring software to collect and manage agricultural data; Software as a service (SAAS) services featuring software to collect and manage hay bale data; Software as a service (SAAS) services featuring software for farming and agriculture business management; Software as a service (SAAS) services featuring software for providing alerts, notifications, records, reports, and other documentation regarding field operation and farm business; Software as a service (SAAS) services featuring software for providing customers and dealers access to machine information; Providing application services, namely, developing, providing, hosting and managing software applications, websites, and databases for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.


The owner's/holder's proposed attorney information: Jordan Meggison-Decker. Jordan Meggison-Decker of BrownWinick Law Firm, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    666 Grand Ave., Suite 2000
    Des Moines, Iowa 50309
    United States
    515-242-2400(phone)
    5152422488(fax)
    ip@brownwinick.com
The docket/reference number is 3563.0336.
Jordan Meggison-Decker submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
 The applicant's current Correspondence Information:
    Jordan Meggison-Decker
      PRIMARY EMAIL FOR CORRESPONDENCE: ip@brownwinick.com     SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

- [x] **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

  - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
  - The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
  - The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  **And/Or**
  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

  - The signatory believes that the applicant is entitled to use the mark in commerce;
  - The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- [x] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- [x] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- [x] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Jordan Meggison-Decker/   Date: 03/25/2022
Signatory's Name: Jordan Meggison-Decker
Signatory's Position: Attorney of Record, Iowa Bar Member
Signatory's Phone Number: 515-242-2400
Signature method: Signed directly within the form
Payment Sale Number: 97331059
Payment Accounting Date: 03/25/2022

Serial Number: 97331059
Internet Transmission Date: Fri Mar 25 15:31:53 ET 2022
TEAS Stamp: USPTO/BAS-XX.XX.XXX.XX-20220325153153425
160-97331059-8208d71a8f749e4b42ae0f5bae2
2e261a5cd2e9034edc87e1c2efe20a1203e69e7-
DA-31532095-20220325152655471653

# VERMEER


## Vermeer Projects Suite

Vermeer Projects is a subscription-based software tool for organizing jobsite information and making planning and installation more efficient. This software creates one digital record of the entire job that can be shared in real time with a computer, tablet or phone.



Subscribers can select from different levels of features offering varying capabilities in job record management. The first level, Vermeer Projects, makes it simple for operations managers to collect, organize and share important job documentation through the cloud. Vermeer Projects +Mapping gives crew leaders the ability to visually capture the jobsite over a Google Maps image, including intended bore path whiteline, pothole locations, locate positions, marked utilities and bore path as-built. Lastly, Vermeer Projects +Mapping +Boreplan adds bore line mapping and rod-by-rod bore planning.



 VERMEERSTORE.COM



Vermeer

EQUIPPED TO DO MORE.

**KEY BENEFITS:**

**Projects**

- **Consolidates** views into one map of the entire jobsite and gathers job information such as permits to create a comprehensive digital plan.
- **Updates** job plan changes into one file that can be shared electronically through the cloud in near real time.
- **Creates** one digital record of the entire job, generates reports for invoicing and keeps records accessible without the hassle of paper files.

**+Mapping (Must have Projects)**

- **Collects,** records and shares proposed bore path and marked, existing utilities information to help reduce the risk of error.
- **"White Lines"** the project site using Google Maps imaging, digitizing the mapping process.
- **Creates** detailed, visual plans with marked utilities and as-built information to share with crews and project owners.

**+BorePlan (Must have Projects +Mapping)**

- **Allows** operator to generate the rod plan for use onsite and for secure record documentation.
- **Stores** jobsite data, the highest per user storage available.


Vermeer Corporation reserves the right to make changes in product engineering, design and specifications; add improvements; or discontinue manufacturing or distribution at any time without notice or obligation. Equipment shown is for illustrative purposes only and may display optional accessories, features or components specific to their global region. Please contact your local Vermeer dealer for more information on machine specifications. Vermeer Productivity Tools assist users with planning and management functions. Information provided is reliant upon the accuracy and quality of user-provided data. Vermeer, the Vermeer logo and Equipped to Do More are trademarks of Vermeer Manufacturing Company in the U.S. and/or other countries. © 2017 Vermeer Corporation. All Rights Reserved.







**LOCATION INFORMATION.** Provides fleet or operations managers with GPS location to efficiently locate and route equipment and crews to the jobsite.



**GEOFENCING.** Alerts when a machine is operating outside of its expected GPS location to help keep track of your equipment even when you are miles away.



**MAXIMIZE EFFICIENCY.** Captures planned maintenance schedules and completed services to help maximize machine efficiency and productivity, as well as helping extend the life of the equipment.



**NOTIFICATIONS.** Sends notifications when planned maintenance or service needs to be performed, helping you keep your fleet in good, working condition.



**HELP MANAGE OPERATING COSTS.** Records both machine idle times and estimated fuel consumed to help manage operating costs.



**TAKE ACTION.** Turn machine-collected data into actionable information to help improve productivity on and off the machine.

    VERMEERSTORE.COM



Vermeer
EQUIPPED TO DO MORE.

Vermeer Corporation reserves the right to make changes in engineering, design and specifications; add improvements; or discontinue manufacturing at any time without notice or obligation. Equipment shown is for illustrative purposes only and may display optional accessories or components specific to their global region. Please contact your local Vermeer dealer for more information on machine availability.

Vermeer, the Vermeer logo, Equipped to Do More and ROVER are trademarks of Vermeer Manufacturing Company in the U.S. and/or other countries. © 2019 Vermeer Corporation. All Rights

02/019

PN 000000





# Vermeer BoreAid® Design Tool

Performing a bore operation efficiently takes consistent horizontal directional drill (HDD) planning and design methods. Vermeer BoreAid design tool streamlines your planning and design time by considering key aspects of a drill project such as topography and soil for bore path planning, product pipe selection, load calculation and drilling fluid estimation.



The Vermeer BoreAid design tool provides a full suite of tools to complete HDD designs following the ASTM F1962 standard for plastic (PE or PVC) pipe and PRCI methodology for steel or fiberglass pipe. It permits complex bore geometrics – multiple compound curves/tangent segments, inadvertent return analysis, and offers the capabilities to perform advanced drill planning and design.

 **VERMEERSTORE.COM**



**Vermeer**

EQUIPPED TO
**DO MORE.**

**KEY BENEFITS:**

- **Helps** plan and design your project in less time.
- **Produces** project design or construction submission documents efficiently.
- **Alerts** the user to potential issues by using the built-in database of typical, or suggested properties (based on current standards and good practice guidelines).
- **Constructs** a detailed design dealing with many aspects of the project, from bore path planning and load calculations, to pipe selection and drilling fluid requirements.
- **Provides** the engineering estimates for required pullback forces to install the product pipe following industry standards.
- **Identifies** the bend radius of the drill rod and product pipe to alert user if rod or pipe is outside of specifications.



Vermeer Corporation reserves the right to make changes in engineering, design and specifications; add improvements; or discontinue manufacturing at any time without notice or obligation. Equipment shown is for illustrative purposes only and may display optional accessories or components specific to their global region. Please contact your local Vermeer dealer for more information on machine specifications. Vermeer Productivity Tools assist users with planning and management functions. Information provided is reliant upon the accuracy and quality of user-provided data. Vermeer, the Vermeer logo, Equipped to Do More, Navigator and BoreAid are trademarks of Vermeer Manufacturing Company in the U.S. and/or other countries. © 2017 Vermeer Corporation. All Rights Reserved.



09/17.1.25k    PN 296431558

Date Accessed: December 6, 2023

URL: https://www.vermeer.com/na/productivity-tools/telematics



Date Accessed: December 6, 2023

URL: https://store.vermeer.com/navigation-items/products/vermeer-telematics



Date Accessed: December 6, 2023

URL: https://www.vermeer.com/na/productivity-tools/projects



Date Accessed: December 6, 2023

URL: https://store.vermeer.com/navigation-items/products/projects

