**Generated on:** This page was generated by TSDR on 2024-07-23 16:14:56 EDT

**Mark:** V



| | | | |
|---|---|---|---|
| **US Serial Number:** | 97331102 | **Application Filing Date:** | Mar. 25, 2022 |
| **US Registration Number:** | 7295357 | **Registration Date:** | Jan. 30, 2024 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jan. 30, 2024

**Publication Date:** Apr. 11, 2023    **Notice of Allowance Date:** Jun. 06, 2023

## Mark Information

**Mark Literal Elements:** V

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of A "V" wherein a line passes through.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 26.05.21 - Triangles that are completely or partially shaded
26.05.25 - Triangles with one or more curved sides
26.17.01 - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s)
26.17.06 - Bands, diagonal; Bars, diagonal; Diagonal line(s), band(s) or bar(s); Lines, diagonal

## Related Properties Information

**International Registration Number:** 1691678

**International Application(s) /Registration(s) Based on this Property:** A0121229/1691678

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Software as a service (SAAS) services featuring software to collect and manage agricultural data; Software as a service (SAAS) services featuring software to collect and manage hay bale data; Software as a service (SAAS) services featuring software for farming and agriculture business management; Software as a service (SAAS) services featuring software for providing alerts, notifications, records, reports, and other documentation regarding field operation and farm business; Software as a service (SAAS) services featuring software for providing customers and dealers access to machine information; Providing a website featuring technology that enables users to access and monitor geographic location, productivity, and maintenance of agricultural equipment and vehicles; developing computer software for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles; Application service provider (ASP), namely, hosting computer software applications of others for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles

| | | | |
|---|---|---|---|
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Sep. 13, 2016 | **Use in Commerce:** | Sep. 13, 2016 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | Vermeer Manufacturing Company | | |
| **Owner Address:** | 1210 Vermeer Road East<br>Pella, IOWA UNITED STATES 50219 | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | IOWA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Jordan Meggison-Decker | **Docket Number:** | 3563.0359 |
| **Attorney Primary Email Address:** | ip@brownwinick.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Jordan Meggison-Decker<br>BROWNWINICK LAW FIRM<br>666 GRAND AVENUE, SUITE 2000<br>DES MOINES, IOWA UNITED STATES 50309 | | |
| **Phone:** | 515-242-2400 | **Fax:** | 5152422488 |
| **Correspondent e-mail:** | ip@brownwinick.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 30, 2024 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Jan. 30, 2024 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 29, 2023 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Dec. 28, 2023 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Dec. 15, 2023 | STATEMENT OF USE PROCESSING COMPLETE | |
| Dec. 06, 2023 | USE AMENDMENT FILED | |
| Dec. 14, 2023 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Dec. 06, 2023 | TEAS STATEMENT OF USE RECEIVED | |

| | |
|---|---|
| Jun. 06, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| Apr. 11, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Apr. 11, 2023 | PUBLISHED FOR OPPOSITION |
| Mar. 22, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Mar. 08, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Feb. 07, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Feb. 07, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Feb. 07, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Aug. 11, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED |
| Aug. 11, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Aug. 11, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Aug. 10, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Aug. 10, 2022 | NON-FINAL ACTION E-MAILED |
| Aug. 10, 2022 | NON-FINAL ACTION WRITTEN |
| Aug. 02, 2022 | PREVIOUS ALLOWANCE COUNT WITHDRAWN |
| Jul. 05, 2022 | WITHDRAWN FROM PUB - OG REVIEW QUERY |
| Jun. 21, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Jun. 14, 2022 | ASSIGNED TO EXAMINER |
| Mar. 31, 2022 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Mar. 30, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Mar. 29, 2022 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

| | | | |
|---|---|---|---|
| | **TM Staff Information - None** | | |
| | **File Location** | | |
| Current Location: | PUBLICATION AND ISSUE SECTION | Date in Location: | Dec. 28, 2023 |

# Proceedings

| | |
|---|---|
| **Summary** | |
| Number of Proceedings: | 3 |

| | | | |
|---|---|---|---|
| **Type of Proceeding: Opposition** | | | |
| Proceeding Number: | 91284268 | Filing Date: | Apr 03, 2023 |
| Status: | Terminated | Status Date: | Feb 21, 2024 |
| Interlocutory Attorney: | LAWRENCE (LARRY) T STANLEY | | |

| | |
|---|---|
| **Defendant** | |
| Name: | Venus Aerospace Corp. |
| Correspondent Address: | COURTNEY THOMPSON<br>FREDRIKSON & BYRON<br>200 S. 6TH STREET, SUITE 4000<br>MINNEAPOLIS MN UNITED STATES , 55402 |
| Correspondent e-mail: | cthompson@fredlaw.com , ip@fredlaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| V | | 97157795 | |
| V | | 97157796 | |

| | |
|---|---|
| **Plaintiff(s)** | |
| Name: | Vermeer Manufacturing Company |
| Correspondent Address: | JORDAN MEGGISON-DECKER<br>BROWNWINICK LAW FIRM<br>666 GRAND AVENUE, SUITE 2000 |

DES MOINES IA UNITED STATES , 50309

**Correspondent e-mail:** ip@brownwinick.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| V | | 74690326 | 1982453 |
| V | | 74690456 | 1985465 |
| V | | 78909250 | 3346180 |
| V | | 90520986 | 6590229 |
| V | | 97331102 | |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|-------------|--------------|------|----------|
| 21 | TERMINATED | Feb 21, 2024 | |
| 20 | BD DECISION: OPP DISMISSED W/ PREJ | Feb 21, 2024 | |
| 19 | MOT TO AMEND APPLICATION | Feb 15, 2024 | |
| 18 | EXTENSION OF TIME GRANTED | Feb 08, 2024 | |
| 17 | D MOT FOR EXT W/ CONSENT | Feb 08, 2024 | |
| 16 | EXTENSION OF TIME GRANTED | Jan 09, 2024 | |
| 15 | D MOT FOR EXT W/ CONSENT | Jan 09, 2024 | |
| 14 | EXTENSION OF TIME GRANTED | Dec 11, 2023 | |
| 13 | D MOT FOR EXT W/ CONSENT | Dec 11, 2023 | |
| 12 | EXTENSION OF TIME GRANTED | Nov 10, 2023 | |
| 11 | D MOT FOR EXT W/ CONSENT | Nov 10, 2023 | |
| 10 | SUSPENDED | Sep 11, 2023 | |
| 9 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Sep 11, 2023 | |
| 8 | EXTENSION OF TIME GRANTED | Aug 11, 2023 | |
| 7 | D MOT FOR EXT W/ CONSENT | Aug 11, 2023 | |
| 6 | ANSWER | Jun 12, 2023 | |
| 5 | EXTENSION OF TIME GRANTED | May 18, 2023 | |
| 4 | D MOT FOR EXT W/ CONSENT | May 15, 2023 | |
| 3 | INSTITUTED | Apr 03, 2023 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Apr 03, 2023 | May 13, 2023 |
| 1 | FILED AND FEE | Apr 03, 2023 | |

## Type of Proceeding: Opposition

| | | | |
|--|--|--|--|
| **Proceeding Number:** | 91283782 | **Filing Date:** | Mar 06, 2023 |
| **Status:** | Terminated | **Status Date:** | May 08, 2023 |
| **Interlocutory Attorney:** | ASHLYN LEMBREE | | |

### Defendant

| | |
|--|--|
| **Name:** | Exhaust Center, Inc. |
| **Correspondent Address:** | JEFFREY J SCHWARTZ<br>SCHWARTZ LAW FIRM PC<br>6100 FAIRVIEW ROAD, SUITE 1135<br>CHARLOTTE NC UNITED STATES , 28210 |
| **Correspondent e-mail:** | jjs@schwartz-iplaw.com |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| VECTOR | | 97403508 | |

### Plaintiff(s)

| | |
|--|--|
| **Name:** | Vermeer Manufacturing Company |
| **Correspondent Address:** | JORDAN MEGGISON-DECKER<br>BROWNWINICK LAW FIRM |

666 GRAND AVENUE, SUITE 2000, RUAN CENTER
DES MOINES IA UNITED STATES , 50309

**Correspondent e-mail:** ip@brownwinick.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| V | | 74690326 | 1982453 |
| V | | 74690456 | 1985465 |
| V | | 78909250 | 3346180 |
| V | | 90520986 | 6590229 |
| V | | 97331102 | |
| VERMEER | | 74317806 | 1771115 |
| VERMEER | | 76018669 | 2593606 |
| VERMEER | | 78615822 | 3228694 |
| VERMEER | | 90502421 | 6783436 |
| VERMEER | | 97331059 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 8 | TERMINATED | May 08, 2023 | |
| 7 | BD DECISION: OPP DISMISSED W/O PREJ | May 08, 2023 | |
| 6 | W/DRAW OF OPPOSITION | May 04, 2023 | |
| 5 | EXTENSION OF TIME GRANTED | Apr 17, 2023 | |
| 4 | D MOT FOR EXT W/ CONSENT | Apr 17, 2023 | |
| 3 | INSTITUTED | Mar 06, 2023 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 06, 2023 | Apr 15, 2023 |
| 1 | FILED AND FEE | Mar 06, 2023 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91283785 | **Filing Date:** | Mar 06, 2023 |
| **Status:** | Terminated | **Status Date:** | May 08, 2023 |
| **Interlocutory Attorney:** | ELIZABETH WINTER | | |

**Defendant**

**Name:** Exhaust Center, Inc.

**Correspondent Address:** JEFFREY J SCHWARTZ
SCHWARTZ LAW FIRM PC
6100 FAIRVIEW ROAD, SUITE 1135
CHARLOTTE NC UNITED STATES , 28210

**Correspondent e-mail:** jjs@schwartz-iplaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| VECTOR | | 97403539 | |

**Plaintiff(s)**

**Name:** Vermeer Manufacturing Company

**Correspondent Address:** JORDAN MEGGISON-DECKER
BROWNWINICK LAW FIRM
666 GRAND AVENUE, SUITE 2000, RUAN CENTER
DES MOINES IA UNITED STATES , 50309

**Correspondent e-mail:** ip@brownwinick.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| V | | 74690326 | 1982453 |

| | | |
|---|---|---|
| V | 74690456 | 1985465 |
| V | 78909250 | 3346180 |
| V | 90520986 | 6590229 |
| V | 97331102 | |
| VERMEER | 74317806 | 1771115 |
| VERMEER | 76018669 | 2593606 |
| VERMEER | 78615822 | 3228694 |
| VERMEER | 90502421 | 6783436 |
| VERMEER | 97331059 | |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 8 | TERMINATED | May 08, 2023 | |
| 7 | BD DECISION: OPP DISMISSED W/O PREJ | May 08, 2023 | |
| 6 | W/DRAW OF OPPOSITION | May 04, 2023 | |
| 5 | EXTENSION OF TIME GRANTED | Apr 17, 2023 | |
| 4 | D MOT FOR EXT W/ CONSENT | Apr 17, 2023 | |
| 3 | INSTITUTED | Mar 06, 2023 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 06, 2023 | Apr 15, 2023 |
| 1 | FILED AND FEE | Mar 06, 2023 | |

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,295,357**

**Registered Jan. 30, 2024**

**Int. Cl.: 42**

**Service Mark**

**Principal Register**

Vermeer Manufacturing Company  (IOWA CORPORATION)
1210 Vermeer Road East
Pella, IOWA 50219

CLASS 42: Software as a service (SAAS) services featuring software to collect and manage agricultural data; Software as a service (SAAS) services featuring software to collect and manage hay bale data; Software as a service (SAAS) services featuring software for farming and agriculture business management; Software as a service (SAAS) services featuring software for providing alerts, notifications, records, reports, and other documentation regarding field operation and farm business; Software as a service (SAAS) services featuring software for providing customers and dealers access to machine information; Providing a website featuring technology that enables users to access and monitor geographic location, productivity, and maintenance of agricultural equipment and vehicles; developing computer software for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles; Application service provider (ASP), namely, hosting computer software applications of others for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles

FIRST USE 9-13-2016; IN COMMERCE 9-13-2016

The mark consists of A "V" wherein a line passes through.

SER. NO. 97-331,102, FILED 03-25-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



## Vermeer Projects Suite

Vermeer Projects is a subscription-based software tool for organizing jobsite information and making planning and installation more efficient. This software creates one digital record of the entire job that can be shared in real time with a computer, tablet or phone.



Subscribers can select from different levels of features offering varying capabilities in job record management. The first level, Vermeer Projects, makes it simple for operations managers to collect, organize and share important job documentation through the cloud. Vermeer Projects +Mapping gives crew leaders the ability to visually capture the jobsite over a Google Maps image, including intended bore path whiteline, pothole locations, locate positions, marked utilities and bore path as-built. Lastly, Vermeer Projects +Mapping +Boreplan adds bore line mapping and rod-by-rod bore planning.



    **VERMEERSTORE.COM**



**KEY BENEFITS:**

**Projects**



- **Consolidates** views into one map of the entire jobsite and gathers job information such as permits to create a comprehensive digital plan.

- **Updates** job plan changes into one file that can be shared electronically through the cloud in near real time.

- **Creates** one digital record of the entire job, generates reports for invoicing and keeps records accessible without the hassle of paper files.

**+Mapping (Must have Projects)**

- **Collects,** records and shares proposed bore path and marked, existing utilities information to help reduce the risk of error.

- **"White Lines"** the project site using Google Maps imaging, digitizing the mapping process.

- **Creates** detailed, visual plans with marked utilities and as-built information to share with crews and project owners.

**+BorePlan (Must have Projects +Mapping)**

- **Allows** operator to generate the rod plan for use onsite and for secure record documentation.

- **Stores** jobsite data, the highest per user storage available.

Vermeer Corporation reserves the right to make changes in product engineering, design and specifications; add improvements; or discontinue manufacturing or distribution at any time without notice or obligation. Equipment shown is for illustrative purposes only and may display optional accessories, features or components specific to their global region. Please contact your local Vermeer dealer for more information on machine specifications. Vermeer Productivity Tools assist users with planning and management functions. Information provided is reliant upon the accuracy and quality of user-provided data. Vermeer, the Vermeer logo and Equipped to Do More are trademarks of Vermeer Manufacturing Company in the U.S. and/or other countries. © 2017 Vermeer Corporation. All Rights Reserved.





# VERMEER
## TELEMATICS



**LOCATION INFORMATION.** Provides fleet or operations managers with GPS location to efficiently locate and route equipment and crews to the jobsite.



**GEOFENCING.** Alerts when a machine is operating outside of its expected GPS location to help keep track of your equipment even when you are miles away.



**MAXIMIZE EFFICIENCY.** Captures planned maintenance schedules and completed services to help maximize machine efficiency and productivity, as well as helping extend the life of the equipment.



**NOTIFICATIONS.** Sends notifications when planned maintenance or service needs to be performed, helping you keep your fleet in good, working condition.



**HELP MANAGE OPERATING COSTS.** Records both machine idle times and estimated fuel consumed to help manage operating costs.



**TAKE ACTION.** Turn machine-collected data into actionable information to help improve productivity on and off the machine.

    **VERMEERSTORE.COM**

Vermeer

**EQUIPPED TO DO MORE.**

Vermeer Corporation reserves the right to make changes in engineering, design and specifications; add improvements; or discontinue manufacturing at any time without notice or obliga-tion. Equipment shown is for illustrative purposes only and may display optional accessories or components specific to their global region. Please contact your local Vermeer dealer for more information on machine availability.

Vermeer, the Vermeer logo, Equipped to Do More and ROVER are trademarks of Vermeer Manufacturing Company in the U.S. and/or other countries. © 2019 Vermeer Corporation. All Rights





PLANNING BETTER
**TRENCHLESS**

## Vermeer BoreAid® Design Tool

Performing a bore operation efficiently takes consistent horizontal directional drill (HDD) planning and design methods. Vermeer BoreAid design tool streamlines your planning and design time by considering key aspects of a drill project such as topography and soil for bore path planning, product pipe selection, load calculation and drilling fluid estimation.



The Vermeer BoreAid design tool provides a full suite of tools to complete HDD designs following the ASTM F1962 standard for plastic (PE or PVC) pipe and PRCI methodology for steel or fi berglass pipe. It permits complex bore geometrics – multiple compound curves/tangent segments, inadvertent return analysis, and offers the capabilities to perform advanced drill planning and design.

    **VERMEERSTORE.COM**



EQUIPPED TO
**DO MORE.**

**KEY BENEFITS:**

- **Helps** plan and design your project in less time.

- **Produces** project design or construction submission documents efficiently.

- **Alerts** the user to potential issues by using the built-in database of typical, or suggested properties (based on current standards and good practice guidelines).

- **Constructs** a detailed design dealing with many aspects of the project, from bore path planning and load calculations, to pipe selection and drilling fluid requirements.

- **Provides** the engineering estimates for required pullback forces to install the product pipe following industry standards.

- **Identifies** the bend radius of the drill rod and product pipe to alert user if rod or pipe is outside of specifications.



Vermeer Corporation reserves the right to make changes in engineering, design and specifications; add improvements; or discontinue manufacturing at any time without notice or obligation. Equipment shown is for illustrative purposes only and may display optional accessories or components specific to their global region. Please contact your local Vermeer dealer for more information on machine specifications. Vermeer Productivity Tools assist users with planning and management functions. Information provided is reliant upon the accuracy and quality of user-provided data. Vermeer, the Vermeer logo, Equipped to Do More, Navigator and BoreAid are trademarks of Vermeer Manufacturing Company in the U.S. and/or other countries. © 2017 Vermeer Corporation. All Rights Reserved.



09/17.1.25k

PN 296431558

Date Accessed: December 6, 2023

URL: https://www.vermeer.com/na/productivity-tools/telematics



Date Accessed: December 6, 2023

URL: https://store.vermeer.com/navigation-items/products/vermeer-telematics



Date Accessed: December 6, 2023

URL: https://www.vermeer.com/na/productivity-tools/projects



Date Accessed: December 6, 2023

URL: https://store.vermeer.com/navigation-items/products/projects



PTO- 1553
Approved for use through 03/31/2024. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
| --- | --- |
| **SERIAL NUMBER** | 97331102 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| **MARK FILE NAME** | https://tmng-al.uspto.gov/resting2/api/img/97331102/large |
| **LITERAL ELEMENT** | V |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **OWNER SECTION** | |
| **NAME** | Vermeer Manufacturing Company |
| **MAILING ADDRESS** | 1210 Vermeer Road East |
| **CITY** | Pella |
| **STATE** | Iowa |
| **ZIP/POSTAL CODE** | 50219 |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | Jordan Meggison-Decker |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | ip@brownwinick.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| **NAME** | Jordan Meggison-Decker |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | ip@brownwinick.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **DOCKET/REFERENCE NUMBER** | 3563.0359 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 042 |
| | Software as a service (SAAS) services featuring software to collect and manage agricultural data; Software as a service (SAAS) services featuring |

| | |
|---|---|
| **CURRENT IDENTIFICATION** | software to collect and manage hay bale data; Software as a service (SAAS) services featuring software for farming and agriculture business management; Software as a service (SAAS) services featuring software for providing alerts, notifications, records, reports, and other documentation regarding field operation and farm business; Software as a service (SAAS) services featuring software for providing customers and dealers access to machine information; Providing a website featuring technology that enables users to access and monitor geographic location, productivity, and maintenance of agricultural equipment and vehicles; developing computer software for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles; Application service provider (ASP), namely, hosting computer software applications of others for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 09/13/2016 |
| **FIRST USE IN COMMERCE DATE** | 09/13/2016 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN0-745121266-2023120617 4925310849_._Specimen_-_S pec_Sheets_-_READY_TO_FIL E.pdf |
| **CONVERTED PDF FILE(S)** (6 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\973\311\97331102\xml13 \SOU0002.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\311\97331102\xml13 \SOU0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\311\97331102\xml13 \SOU0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\311\97331102\xml13 \SOU0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\311\97331102\xml13 \SOU0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\311\97331102\xml13 \SOU0007.JPG |
| **ORIGINAL PDF FILE** | SPN0-745121266-2023120617 4925310849_._Specimen_-_W ebsite_-_READY_TO_FILE.pdf |
| **CONVERTED PDF FILE(S)** (4 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\973\311\97331102\xml13 \SOU0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\311\97331102\xml13 \SOU0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\311\97331102\xml13 \SOU0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\311\97331102\xml13 \SOU0011.JPG |
| **SPECIMEN DESCRIPTION** | Screenshots and specification sheets showing use of mark. |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |

| NUMBER OF CLASSES IN USE | 1 |
|---|---|
| SUBTOTAL AMOUNT [ALLEGATION OF USE FEE] | 100 |
| TOTAL AMOUNT | 100 |

**SIGNATURE SECTION**

| DECLARATION SIGNATURE | /Jordan Meggison-Decker/ |
|---|---|
| SIGNATORY'S NAME | Jordan Meggison-Decker |
| SIGNATORY'S POSITION | Attorney of Record, Iowa Bar Member |
| DATE SIGNED | 12/06/2023 |
| SIGNATORY'S PHONE NUMBER | 5152422400 |
| SIGNATURE METHOD | Signed directly within the form |

**FILING INFORMATION**

| SUBMIT DATE | Wed Dec 06 17:54:19 ET 2023 |
|---|---|
| TEAS STAMP | USPTO/SOU-XX.XX.XXX.XX-20 231206175420513451-973311 02-8503966dbc4b2efd7e4842 8955d737f4d6f779382d80b72 f3dc49e8255b2461dbb-DA-54 208623-202312061749253108 49 |

PTO- 1553
Approved for use through 03/31/2024. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** V (Stylized and/or with Design, see mark)
**SERIAL NUMBER:** 97331102

**OWNER AND/OR ENTITY INFORMATION**
**The owner proposes to amend the following:**
Vermeer Manufacturing Company, having an address of
    1210 Vermeer Road East
    Pella, Iowa 50219
    United States
    Email: XXXX

The owner is submitting the following allegation of use information:

For International Class 042:
Current identification: Software as a service (SAAS) services featuring software to collect and manage agricultural data; Software as a service (SAAS) services featuring software to collect and manage hay bale data; Software as a service (SAAS) services featuring software for farming and agriculture business management; Software as a service (SAAS) services featuring software for providing alerts, notifications, records, reports, and other documentation regarding field operation and farm business; Software as a service (SAAS) services featuring software for providing customers and dealers access to machine information; Providing a website featuring technology that enables users to access and monitor geographic location, productivity, and maintenance of agricultural equipment and vehicles; developing computer software for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles; Application service provider (ASP), namely, hosting computer software applications of others for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 09/13/2016, and first used in commerce at least as early as 09/13/2016, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Screenshots and specification sheets showing use of mark..

**Original PDF file:**
SPN0-745121266-2023120617 4925310849_._Specimen_-_S pec_Sheets_-_READY_TO_FIL E.pdf
**Converted PDF file(s)** (6 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
**Original PDF file:**
SPN0-745121266-2023120617 4925310849_._Specimen_-_W ebsite_-_READY_TO_FILE.pdf
**Converted PDF file(s)** (4 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4

Webpage URL: None Provided

Webpage Date of Access: None Provided

The applicant is not filing a Request to Divide with this Allegation of Use form.

**Correspondence Information (current)**
   Jordan Meggison-Decker
   PRIMARY EMAIL FOR CORRESPONDENCE: ip@brownwinick.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Correspondence Information (proposed)**
   Jordan Meggison-Decker
   PRIMARY EMAIL FOR CORRESPONDENCE: ip@brownwinick.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is 3563.0359.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

<b>Declaration</b>

- ☑ The signatory believes that the applicant is the owner of the mark sought to be registered.
  **For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
  **For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
  **For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

- ☑ The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

- ☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Jordan Meggison-Decker/     Date Signed: 12/06/2023
Signatory's Name: Jordan Meggison-Decker
Signatory's Position: Attorney of Record, Iowa Bar Member
Signatory's Phone: 5152422400
Signature method: Signed directly within the form

PAYMENT: 97331102
PAYMENT DATE: 12/06/2023

Serial Number: 97331102

Internet Transmission Date: Wed Dec 06 17:54:19 ET 2023
TEAS Stamp: USPTO/SOU-XX.XX.XXX.XX-20231206175420513
451-97331102-8503966dbc4b2efd7e48428955d
737f4d6f779382d80b72f3dc49e8255b2461dbb-
DA-54208623-20231206174925310849



# MORE WAYS TO BE PRODUCTIVE.

## Vermeer Projects Suite

Vermeer Projects is a subscription-based software tool for organizing jobsite information and making planning and installation more efficient. This software creates one digital record of the entire job that can be shared in real time with a computer, tablet or phone.



Subscribers can select from different levels of features offering varying capabilities in job record management. The first level, Vermeer Projects, makes it simple for operations managers to collect, organize and share important job documentation through the cloud. Vermeer Projects +Mapping gives crew leaders the ability to visually capture the jobsite over a Google Maps image, including intended bore path whiteline, pothole locations, locate positions, marked utilities and bore path as-built. Lastly, Vermeer Projects +Mapping +Boreplan adds bore line mapping and rod-by-rod bore planning.



   **VERMEERSTORE.COM**



Vermeer®

EQUIPPED TO DO MORE.

**KEY BENEFITS:**

**Projects**

- **Consolidates** views into one map of the entire jobsite and gathers job information such as permits to create a comprehensive digital plan.

- **Updates** job plan changes into one file that can be shared electronically through the cloud in near real time.

- **Creates** one digital record of the entire job, generates reports for invoicing and keeps records accessible without the hassle of paper files.

**+Mapping (Must have Projects)**

- **Collects,** records and shares proposed bore path and marked, existing utilities information to help reduce the risk of error.

- **"White Lines"** the project site using Google Maps imaging, digitizing the mapping process.

- **Creates** detailed, visual plans with marked utilities and as-built information to share with crews and project owners.

**+BorePlan (Must have Projects +Mapping)**

- **Allows** operator to generate the rod plan for use onsite and for secure record documentation.

- **Stores** jobsite data, the highest per user storage available.





Vermeer Corporation reserves the right to make changes in product engineering, design and specifications; add improvements; or discontinue manufacturing or distribution at any time without notice or obligation. Equipment shown is for illustrative purposes only and may display optional accessories, features or components specific to their global region. Please contact your local Vermeer dealer for more information on machine specifications. Vermeer Productivity Tools assist users with planning and management functions. Information provided is reliant upon the accuracy and quality of user-provided data. Vermeer, the Vermeer logo and Equipped to Do More are trademarks of Vermeer Manufacturing Company in the U.S. and/or other countries. © 2017 Vermeer Corporation. All Rights Reserved.

Projects

09/17.1.25k                                                                  PN 296421561

# VERMEER
## TELEMATICS



**LOCATION INFORMATION.** Provides fleet or operations managers with GPS location to efficiently locate and route equipment and crews to the jobsite.



**GEOFENCING.** Alerts when a machine is operating outside of its expected GPS location to help keep track of your equipment even when you are miles away.



**MAXIMIZE EFFICIENCY.** Captures planned maintenance schedules and completed services to help maximize machine efficiency and productivity, as well as helping extend the life of the equipment.



**NOTIFICATIONS.** Sends notifications when planned maintenance or service needs to be performed, helping you keep your fleet in good, working condition.



**HELP MANAGE OPERATING COSTS.** Records both machine idle times and estimated fuel consumed to help manage operating costs.



**TAKE ACTION.** Turn machine-collected data into actionable information to help improve productivity on and off the machine.

     **VERMEERSTORE.COM**



**Vermeer**

**EQUIPPED TO DO MORE.**

Vermeer Corporation reserves the right to make changes in engineering, design and specifications; add improvements; or discontinue manufacturing at any time without notice or obliga-tion. Equipment shown is for illustrative purposes only and may display optional accessories or components specific to their global region. Please contact your local Vermeer dealer for more information on machine availability.

Vermeer, the Vermeer logo, Equipped to Do More and ROVER are trademarks of Vermeer Manufacturing Company in the U.S. and/or other countries. © 2019 Vermeer Corporation. All Rights





PLANNING BETTER
**TRENCHLESS**

## Vermeer BoreAid® Design Tool

Performing a bore operation efficiently takes consistent horizontal directional drill (HDD) planning and design methods. Vermeer BoreAid design tool streamlines your planning and design time by considering key aspects of a drill project such as topography and soil for bore path planning, product pipe selection, load calculation and drilling fluid estimation.



The Vermeer BoreAid design tool provides a full suite of tools to complete HDD designs following the ASTM F1962 standard for plastic (PE or PVC) pipe and PRCI methodology for steel or fiberglass pipe. It permits complex bore geometrics – multiple compound curves/tangent segments, inadvertent return analysis, and offers the capabilities to perform advanced drill planning and design.

     **VERMEERSTORE.COM**



EQUIPPED TO
**DO MORE.**

**KEY BENEFITS:**

• **Helps** plan and design your project in less time.

• **Produces** project design or construction submission documents efficiently.

• **Alerts** the user to potential issues by using the built-in database of typical, or suggested properties (based on current standards and good practice guidelines).

• **Constructs** a detailed design dealing with many aspects of the project, from bore path planning and load calculations, to pipe selection and drilling fluid requirements.

• **Provides** the engineering estimates for required pullback forces to install the product pipe following industry standards.

• **Identifies** the bend radius of the drill rod and product pipe to alert user if rod or pipe is outside of specifications.



Vermeer Corporation reserves the right to make changes in engineering, design and specifications; add improvements; or discontinue manufacturing at any time without notice or obligation. Equipment shown is for illustrative purposes only and may display optional accessories or components specific to their global region. Please contact your local Vermeer dealer for more information on machine specifications. Vermeer Productivity Tools assist users with planning and management functions. Information provided is reliant upon the accuracy and quality of user-provided data. Vermeer, the Vermeer logo, Equipped to Do More, Navigator and BoreAid are trademarks of Vermeer Manufacturing Company in the U.S. and/or other countries. © 2017 Vermeer Corporation. All Rights Reserved.



Date Accessed: December 6, 2023

URL: https://www.vermeer.com/na/productivity-tools/telematics



Date Accessed: December 6, 2023

URL: https://store.vermeer.com/navigation-items/products/vermeer-telematics



Date Accessed: December 6, 2023

URL: https://www.vermeer.com/na/productivity-tools/projects



Date Accessed: December 6, 2023

URL: https://store.vermeer.com/navigation-items/products/projects



RAM SALE NUMBER:  97331102

RAM ACCOUNTING DATE:  20231206

INTERNET TRANSMISSION DATE:                    SERIAL NUMBER:

2023/12/06                                                      97/331102

| Description | Fee Code | Transaction Date | Total Fees Paid |
|-------------|----------|------------------|-----------------|
| SOU         | 7003     | 2023/12/06       | 100             |

PTO- 1957
Approved for use through 11/30/2023. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97331102 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 107 |
| **MARK SECTION** | |
| MARK FILE NAME | https://tmng-al.uspto.gov/resting2/api/img/97331102/large |
| LITERAL ELEMENT | V |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| **ARGUMENT(S)** | |

<u>**AMENDMENT TO THE IDENTIFICATION OF SERVICES**</u>

    The Office Action states that the identification of services is indefinite and overbroad as written. Applicant thanks the Examining Attorney for their suggestions and has worked to amend the identification of services as the Examining Attorney has suggested. As such, in order to further prosecution, please amend the identification of services as shown below. Additions are shown using bold and underlining while deletions are shown using strikethrough.

    Class 042: Software as a service (SAAS) services featuring software to collect and manage agricultural data; Software as a service (SAAS) services featuring software to collect and manage hay bale data; Software as a service (SAAS) services featuring software for farming and agriculture business management; Software as a service (SAAS) services featuring software for providing alerts, notifications, records, reports, and other documentation regarding field operation and farm business; Software as a service (SAAS) services featuring software for providing customers and dealers access to machine information; **<u>Providing a website featuring technology that enables users to access and monitor geographic location, productivity, and maintenance of agricultural equipment and vehicles; developing computer software</u>** ~~Providing application services, namely, developing, providing, hosting and managing software applications, websites, and databases~~ for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles**<u>; Application service provider (ASP), namely, hosting computer software applications of others for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles</u>**

### <u>CONCLUSION</u>

It is believed that Applicant has responded to all of the Examining Attorney's objections and that the application is now in condition to go forward to publication.

Respectfully submitted,

<u>/Jordan E. Meggison-Decker/</u>

        Jordan E. Meggison-Decker, Reg. No. 74,127
        State of Iowa Bar Member, Bar Membership No. 29872
   BROWN WINICK LAW FIRM
   666 Grand Avenue
   Suite 2000, Ruan Center
   Des Moines, Iowa 50309
   Phone No.: 515-242-2400
   Fax No.: 515-242-2488
   Email: IP@brownwinick.com
   Customer No. 47608
Attorney of Record

| GOODS AND/OR SERVICES SECTION (current) | |
|---|---|
| INTERNATIONAL CLASS | 042 |

| DESCRIPTION | |
|---|---|
| Software as a service (SAAS) services featuring software to collect and manage agricultural data; Software as a service (SAAS) services featuring software to collect and manage hay bale data; Software as a service (SAAS) services featuring software for farming and agriculture business management; Software as a service (SAAS) services featuring software for providing alerts, notifications, records, reports, and other documentation regarding field operation and farm business; Software as a service (SAAS) services featuring software for providing customers and dealers access to machine information; Providing application services, namely, developing, providing, hosting and managing software applications, websites, and databases for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles | |
| FILING BASIS | Section 1(b) |

## GOODS AND/OR SERVICES SECTION (proposed)

| INTERNATIONAL CLASS | 042 |
|---|---|

| TRACKED TEXT DESCRIPTION | |
|---|---|
| Software as a service (SAAS) services featuring software to collect and manage agricultural data; Software as a service (SAAS) services featuring software to collect and manage hay bale data; Software as a service (SAAS) services featuring software for farming and agriculture business management; Software as a service (SAAS) services featuring software for providing alerts, notifications, records, reports, and other documentation regarding field operation and farm business; Software as a service (SAAS) services featuring software for providing customers and dealers access to machine information; ~~Providing application services, namely, developing, providing, hosting and managing software applications, websites, and databases for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles~~ Providing a website featuring technology that enables users to access and monitor geographic location, productivity, and maintenance of agricultural equipment and vehicles; developing computer software for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles; Application service provider (ASP), namely, hosting computer software applications of others for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles | |

| FINAL DESCRIPTION | |
|---|---|
| Software as a service (SAAS) services featuring software to collect and manage agricultural data; Software as a service (SAAS) services featuring software to collect and manage hay bale data; Software as a service (SAAS) services featuring software for farming and agriculture business management; Software as a service (SAAS) services featuring software for providing alerts, notifications, records, reports, and other documentation regarding field operation and farm business; Software as a service (SAAS) services featuring software for providing customers and dealers access to machine information; Providing a website featuring technology that enables users to access and monitor geographic location, productivity, and maintenance of agricultural equipment and vehicles; developing computer software for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles; Application service provider (ASP), namely, hosting computer software applications of others for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles | |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| FILING BASIS | Section 1(b) |

## CORRESPONDENCE INFORMATION (current)

| NAME | David M. Breiner |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | ip@brownwinick.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| DOCKET/REFERENCE NUMBER | 3563.0359 |

## CORRESPONDENCE INFORMATION (proposed)

| NAME | Jordan Meggison-Decker |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | ip@brownwinick.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| DOCKET/REFERENCE NUMBER | 3563.0359 |

## SIGNATURE SECTION

| RESPONSE SIGNATURE | /JORDAN MEGGISON-DECKER/ |
|---|---|

| SIGNATORY'S NAME | Jordan Meggison-Decker |
|---|---|
| SIGNATORY'S POSITION | Attorney of Record, Iowa Bar Member |
| SIGNATORY'S PHONE NUMBER | 5152422400 |
| DATE SIGNED | 02/07/2023 |
| ROLE OF AUTHORIZED SIGNATORY | Authorized U.S.-Licensed Attorney |
| SIGNATURE METHOD | Signed directly within the form |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Tue Feb 07 10:02:15 ET 2023 |
| TEAS STAMP | USPTO/ROA-XX.XX.XXX.XX-20 230207100215278204-973311 02-850e836ceae3d9235114d9 4fdbeade8958645db7d5b3d69 c572f9f79809ae4dacb-N/A-N /A-20230207095613361206 |

PTO- 1957
Approved for use through 11/30/2023. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Response to Office Action

### To the Commissioner for Trademarks:

Application serial no. **97331102** V (Stylized and/or with Design, see https://tmng-al.uspto.gov /resting2/api/img/9733110 2/large) has been amended as follows:

**ARGUMENT(S)**
**In response to the substantive refusal(s), please note the following:**

### AMENDMENT TO THE IDENTIFICATION OF SERVICES

The Office Action states that the identification of services is indefinite and overbroad as written. Applicant thanks the Examining Attorney for their suggestions and has worked to amend the identification of services as the Examining Attorney has suggested. As such, in order to further prosecution, please amend the identification of services as shown below. Additions are shown using bold and underlining while deletions are shown using strikethrough.

Class 042: Software as a service (SAAS) services featuring software to collect and manage agricultural data; Software as a service (SAAS) services featuring software to collect and manage hay bale data; Software as a service (SAAS) services featuring software for farming and agriculture business management; Software as a service (SAAS) services featuring software for providing alerts, notifications, records, reports, and other documentation regarding field operation and farm business; Software as a service (SAAS) services featuring software for providing customers and dealers access to machine information; **Providing a website featuring technology that enables users to access and monitor geographic location, productivity, and maintenance of agricultural equipment and vehicles; developing computer software** ~~Providing application services, namely, developing, providing, hosting and managing software applications, websites, and databases~~ for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles**; Application service provider (ASP), namely, hosting computer software applications of others for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles**

### CONCLUSION

It is believed that Applicant has responded to all of the Examining Attorney's objections and that the application is now in condition to go forward to publication.

Respectfully submitted,

/Jordan E. Meggison-Decker/

Jordan E. Meggison-Decker, Reg. No. 74,127

State of Iowa Bar Member, Bar Membership No. 29872
BROWN WINICK LAW FIRM
666 Grand Avenue
Suite 2000, Ruan Center
Des Moines, Iowa 50309
Phone No.: 515-242-2400
Fax No.: 515-242-2488
Email: IP@brownwinick.com
Customer No. 47608
Attorney of Record

## CLASSIFICATION AND LISTING OF GOODS/SERVICES

**Applicant proposes to amend the following:**

**Current:**
Class 042 for Software as a service (SAAS) services featuring software to collect and manage agricultural data; Software as a service (SAAS) services featuring software to collect and manage hay bale data; Software as a service (SAAS) services featuring software for farming and agriculture business management; Software as a service (SAAS) services featuring software for providing alerts, notifications, records, reports, and other documentation regarding field operation and farm business; Software as a service (SAAS) services featuring software for providing customers and dealers access to machine information; Providing application services, namely, developing, providing, hosting and managing software applications, websites, and databases for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Proposed:**

**Tracked Text Description:** Software as a service (SAAS) services featuring software to collect and manage agricultural data; Software as a service (SAAS) services featuring software to collect and manage hay bale data; Software as a service (SAAS) services featuring software for farming and agriculture business management; Software as a service (SAAS) services featuring software for providing alerts, notifications, records, reports, and other documentation regarding field operation and farm business; Software as a service (SAAS) services featuring software for providing customers and dealers access to machine information; ~~Providing application services, namely, developing, providing, hosting and managing software applications, websites, and databases for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles;~~ Providing a website featuring technology that enables users to access and monitor geographic location, productivity, and maintenance of agricultural equipment and vehicles; developing computer software for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles; Application service provider (ASP), namely, hosting computer software applications of others for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles

Class 042 for Software as a service (SAAS) services featuring software to collect and manage agricultural data; Software as a service (SAAS) services featuring software to collect and manage hay bale data; Software as a service (SAAS) services featuring software for farming and agriculture business management; Software as a service (SAAS) services featuring software for providing alerts, notifications, records, reports, and other documentation regarding field operation and farm business; Software as a service (SAAS) services featuring software for providing customers and dealers access to machine information; Providing a website featuring technology that enables users to access and monitor geographic location, productivity, and maintenance of agricultural equipment and vehicles; developing computer software for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles; Application service provider (ASP), namely, hosting computer software applications of others for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control

over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Correspondence Information (current)**
   David M. Breiner
   PRIMARY EMAIL FOR CORRESPONDENCE: ip@brownwinick.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is 3563.0359.

**Correspondence Information (proposed)**
   Jordan Meggison-Decker
   PRIMARY EMAIL FOR CORRESPONDENCE: ip@brownwinick.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is 3563.0359.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**
**Response Signature**
Signature: /JORDAN MEGGISON-DECKER/    Date: 02/07/2023
Signatory's Name: Jordan Meggison-Decker
Signatory's Position: Attorney of Record, Iowa Bar Member

Signatory's Phone Number: 5152422400 Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:   David M. Breiner
  BROWNWINICK LAW FIRM

  666 GRAND AVENUE, SUITE 2000
  DES MOINES, Iowa 50309
Mailing Address:   Jordan Meggison-Decker
  BROWNWINICK LAW FIRM
  666 GRAND AVENUE, SUITE 2000
  DES MOINES, Iowa 50309

Serial Number: 97331102
Internet Transmission Date: Tue Feb 07 10:02:15 ET 2023
TEAS Stamp: USPTO/ROA-XX.XX.XXX.XX-20230207100215278
204-97331102-850e836ceae3d9235114d94fdbe
ade8958645db7d5b3d69c572f9f79809ae4dacb-
N/A-N/A-20230207095613361206

| | |
|---|---|
| **To:** | Jordan Meggison-Decker(ip@brownwinick.com) |
| **Subject:** | U.S. Trademark Application Serial No. 97331102 - V - 3563.0359 |
| **Sent:** | August 10, 2022 06:54:36 PM EDT |
| **Sent As:** | tmng.notices@uspto.gov |

**Attachments**

---

### United States Patent and Trademark Office (USPTO)
### Office Action (Official Letter) About Applicant's Trademark Application

**U.S. Application Serial No.** 97331102

**Mark:** V

**Correspondence Address:**
JORDAN MEGGISON-DECKER
BROWNWINICK LAW FIRM
666 GRAND AVE., SUITE 2000
DES MOINES IA 50309 UNITED STATES

**Applicant:** Vermeer Manufacturing Company

**Reference/Docket No.** 3563.0359

**Correspondence Email Address:** ip@brownwinick.com

# NONFINAL OFFICE ACTION

**The USPTO must receive applicant's response to this letter within <u>six months</u> of the issue date below or the application will be <u>abandoned</u>.** Respond using the Trademark Electronic Application System (TEAS). A link to the appropriate TEAS response form appears at the end of this Office action.

**Issue date:** August 10, 2022

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**<u>Summary of Issues</u>**

- Identification of Services Requires Amendment

## **Search of Office Records**

The trademark examining attorney searched the USPTO database of registered and pending marks and found no conflicting marks that would bar registration under Trademark Act Section 2(d).  15 U.S.C. §1052(d); TMEP §704.02.

## **Identification of Services Requires Amendment**

Applicant submitted the following identification of services with the application:

International Class 42

Software as a service (SAAS) services featuring software to collect and manage agricultural data; Software as a service (SAAS) services featuring software to collect and manage hay bale data; Software as a service (SAAS) services featuring software for farming and agriculture business management; Software as a service (SAAS) services featuring software for providing alerts, notifications, records, reports, and other documentation regarding field operation and farm business; Software as a service (SAAS) services featuring software for providing customers and dealers access to machine information; **Providing application services, namely, developing, providing, hosting and managing software applications, websites, and databases for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles**

The above **bolded** wording in the identification of services requires amendment because it does not identify the services with enough specificity to make clear the scope of the services offered by applicant. Further, the wording could identify services in more than one international class and is thus overbroad.  *See* 37 C.F.R. §2.32(a)(6); TMEP §§1402.01, 1402.03.

Therefore, the identification of services as submitted with the application requires the following amendments.

## **International Class 42**

The bolded wording in the identification of services is indefinite and overbroad as written because the nature of the services is unclear and the wording could be used to describe services in multiple international classes. Specifically, "providing application services, namely,…providing… software applications, websites, and databases" is indefinite and overbroad. Providing software applications is indefinite/overbroad because it encompasses retail store services featuring non-downloadable and recorded software goods in International Class 35 and providing online, non-downloadable software in International Class 42. For definiteness and proper classification in Class 42, identifications for non-downloadable software and provision of non-downloadable software must specify the manner of presentation of the non-downloadable software, for example, that it is provided "online," is "web-based," or that it is provided on a temporary basis. TMEP §1402.

Further, providing websites and providing databases is indefinite as written. For example, providing

databases is a service that is classified in the service class of the subject matter of the database; e.g., providing a database in the field of financial information is classified in Class 36. The subject matter should be set forth to allow proper classification of the services.

Applicant may adopt the following identification of services, if accurate:

International Class 42

Software as a service (SAAS) services featuring software to collect and manage agricultural data; Software as a service (SAAS) services featuring software to collect and manage hay bale data; Software as a service (SAAS) services featuring software for farming and agriculture business management; Software as a service (SAAS) services featuring software for providing alerts, notifications, records, reports, and other documentation regarding field operation and farm business; Software as a service (SAAS) services featuring software for providing customers and dealers access to machine information; **Providing a website featuring technology that enables users to {specify the task capable of being performed, e.g., upload and share videos}; developing computer software** for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles; **application service provider (ASP), namely, hosting computer software applications of others f**or accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles

Applicant may amend the identification to clarify or limit the goods or services, but not to broaden or expand the goods or services beyond those in the original application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Generally, any deleted goods or services may not later be reinserted. *See* TMEP §1402.07(e).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04.

The application identifies goods and/or services in more than one international class; therefore, applicant must satisfy all the requirements below for each international class based on Trademark Act Section 1(b):

(1) **List the goods and/or services by their international class number** in consecutive numerical order, starting with the lowest numbered class.

(2) **Submit a filing fee for each international class** not covered by the fee(s) already paid (view the USPTO's current fee schedule). The application identifies goods or services that are classified in at least 2 classes; however, applicant submitted a fee(s) sufficient for only 1 class(es). Applicant must either submit the filing fees for the classes not covered by the submitted fees or restrict the application to the number of classes covered by the fees already paid.

*See* 37 C.F.R. §2.86(a); TMEP §§1403.01, 1403.02(c).

For an overview of the requirements for a Section 1(b) multiple-class application and how to satisfy the requirements online using the Trademark Electronic Application System (TEAS) form, see the

Multiple-class Application webpage.


**Comments**

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.


**How to respond.  Click to file a response to this nonfinal Office action.**


/Max Faucette/
Max Faucette

Trademark Examining Attorney
Law Office 107
(571) 270-5655
max.faucette@uspto.gov


# RESPONSE GUIDANCE

- **Missing the response deadline to this letter will cause the application to abandon.** The response must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. TEAS maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon**. If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on August 10, 2022 for
**U.S. Trademark Application Serial No. 97331102**

A USPTO examining attorney has reviewed your trademark application and issued an Office action. You must respond to this Office action in order to avoid your application abandoning. Follow the steps below.

**(1) Read the Office action**. This email is NOT the Office action.

**(2) Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS). Your response must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response period. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

# GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. And all official USPTO correspondence will only be emailed from the domain "@uspto.gov." Verify the correspondence originated from us by using your Serial Number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **<u>Hiring a U.S.-licensed attorney</u>.** If you do not have an attorney and are not required to have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process. The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97331102**
**Filing Date: 03/25/2022**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97331102 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\973\311\97331102\xml1 \ APP0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | V |
| **COLOR MARK** | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of A "V" wherein a line passes through. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 350 x 365 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Vermeer Manufacturing Company |
| *MAILING ADDRESS | 1210 Vermeer Road East |
| *CITY | Pella |
| *STATE (Required for U.S. applicants) | Iowa |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 50219 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Iowa |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 042 |
| | Software as a service (SAAS) services featuring software to collect and manage agricultural data; Software as a service (SAAS) services featuring software to collect and manage hay bale data; Software as a service (SAAS) services featuring |

| *IDENTIFICATION | software for farming and agriculture business management; Software as a service (SAAS) services featuring software for providing alerts, notifications, records, reports, and other documentation regarding field operation and farm business; Software as a service (SAAS) services featuring software for providing customers and dealers access to machine information; Providing application services, namely, developing, providing, hosting and managing software applications, websites, and databases for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles |
|---|---|
| FILING BASIS | SECTION 1(b) |

## ATTORNEY INFORMATION

| NAME | Jordan Meggison-Decker |
|---|---|
| ATTORNEY DOCKET NUMBER | 3563.0359 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | BrownWinick Law Firm |
| STREET | 666 Grand Ave., Suite 2000 |
| CITY | Des Moines |
| STATE | Iowa |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 50309 |
| PHONE | 515-242-2400 |
| FAX | 5152422488 |
| EMAIL ADDRESS | ip@brownwinick.com |

## CORRESPONDENCE INFORMATION

| NAME | Jordan Meggison-Decker |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | ip@brownwinick.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |

## FEE INFORMATION

| APPLICATION FILING OPTION | TEAS Standard |
|---|---|
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 350 |
| *TOTAL FEES DUE | 350 |
| *TOTAL FEES PAID | 350 |

## SIGNATURE INFORMATION

| SIGNATURE | /Jordan Meggison-Decker/ |
|---|---|
| SIGNATORY'S NAME | Jordan Meggison-Decker |
| SIGNATORY'S POSITION | Attorney of Record, Iowa Bar Member |
| SIGNATORY'S PHONE NUMBER | 515-242-2400 |

| DATE SIGNED | 03/25/2022 |
|---|---|
| SIGNATURE METHOD | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 97331102**
**Filing Date: 03/25/2022**

## To the Commissioner for Trademarks:

**MARK:** V (stylized and/or with design, see mark)
The literal element of the mark consists of V. The applicant is not claiming color as a feature of the mark. The mark consists of A "V" wherein a line passes through.
The applicant, Vermeer Manufacturing Company, a corporation of Iowa, having an address of

    1210 Vermeer Road East
    Pella, Iowa 50219
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 042:  Software as a service (SAAS) services featuring software to collect and manage agricultural data; Software as a service (SAAS) services featuring software to collect and manage hay bale data; Software as a service (SAAS) services featuring software for farming and agriculture business management; Software as a service (SAAS) services featuring software for providing alerts, notifications, records, reports, and other documentation regarding field operation and farm business; Software as a service (SAAS) services featuring software for providing customers and dealers access to machine information; Providing application services, namely, developing, providing, hosting and managing software applications, websites, and databases for accessing and monitoring geographic location, productivity, and maintenance of agricultural equipment and vehicles
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The owner's/holder's proposed attorney information: Jordan Meggison-Decker. Jordan Meggison-Decker of BrownWinick Law Firm, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

    666 Grand Ave., Suite 2000
    Des Moines, Iowa 50309
    United States
    515-242-2400(phone)
    5152422488(fax)
    ip@brownwinick.com
The docket/reference number is 3563.0359.
Jordan Meggison-Decker submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

    Jordan Meggison-Decker
    PRIMARY EMAIL FOR CORRESPONDENCE: ip@brownwinick.com      SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Jordan Meggison-Decker/   Date: 03/25/2022
Signatory's Name: Jordan Meggison-Decker
Signatory's Position: Attorney of Record, Iowa Bar Member
Signatory's Phone Number: 515-242-2400
Signature method: Signed directly within the form
Payment Sale Number: 97331102
Payment Accounting Date: 03/25/2022

Serial Number: 97331102
Internet Transmission Date: Fri Mar 25 15:45:23 ET 2022
TEAS Stamp: USPTO/BAS-XX.XX.XXX.XX-20220325154523250
910-97331102-8207fa49f8379364702466741d7
19445bf102233185df53837f432de1f927261-DA
-45222347-20220325153943957021





# Vermeer Projects Suite

Vermeer Projects is a subscription-based software tool for organizing jobsite information and making planning and installation more efficient. This software creates one digital record of the entire job that can be shared in real time with a computer, tablet or phone.



Subscribers can select from different levels of features offering varying capabilities in job record management. The first level, Vermeer Projects, makes it simple for operations managers to collect, organize and share important job documentation through the cloud. Vermeer Projects +Mapping gives crew leaders the ability to visually capture the jobsite over a Google Maps image, including intended bore path whiteline, pothole locations, locate positions, marked utilities and bore path as-built. Lastly, Vermeer Projects +Mapping +Boreplan adds bore line mapping and rod-by-rod bore planning.



   **VERMEERSTORE.COM**



EQUIPPED TO
**DO MORE.**

**KEY BENEFITS:**

**Projects**

- **Consolidates** views into one map of the entire jobsite and gathers job information such as permits to create a comprehensive digital plan.

- **Updates** job plan changes into one file that can be shared electronically through the cloud in near real time.

- **Creates** one digital record of the entire job, generates reports for invoicing and keeps records accessible without the hassle of paper files.

**+Mapping (Must have Projects)**

- **Collects,** records and shares proposed bore path and marked, existing utilities information to help reduce the risk of error.

- **"White Lines"** the project site using Google Maps imaging, digitizing the mapping process.

- **Creates** detailed, visual plans with marked utilities and as-built information to share with crews and project owners.

**+BorePlan (Must have Projects +Mapping)**

- **Allows** operator to generate the rod plan for use onsite and for secure record documentation.

- **Stores** jobsite data, the highest per user storage available.



Vermeer Corporation reserves the right to make changes in product engineering, design and specifications; add improvements; or discontinue manufacturing or distribution at any time without notice or obligation. Equipment shown is for illustrative purposes only and may display optional accessories, features or components specific to their global region. Please contact your local Vermeer dealer for more information on machine specifications. Vermeer Productivity Tools assist users with planning and management functions. Information provided is reliant upon the accuracy and quality of user-provided data. Vermeer, the Vermeer logo and Equipped to Do More are trademarks of Vermeer Manufacturing Company in the U.S. and/or other countries. © 2017 Vermeer Corporation. All Rights Reserved.

 | Projects




# VERMEER
## TELEMATICS



**LOCATION INFORMATION.** Provides fleet or operations managers with GPS location to efficiently locate and route equipment and crews to the jobsite.



**GEOFENCING.** Alerts when a machine is operating outside of its expected GPS location to help keep track of your equipment even when you are miles away.



**MAXIMIZE EFFICIENCY.** Captures planned maintenance schedules and completed services to help maximize machine efficiency and productivity, as well as helping extend the life of the equipment.



**NOTIFICATIONS.** Sends notifications when planned maintenance or service needs to be performed, helping you keep your fleet in good, working condition.



**HELP MANAGE OPERATING COSTS.** Records both machine idle times and estimated fuel consumed to help manage operating costs.



**TAKE ACTION.** Turn machine-collected data into actionable information to help improve productivity on and off the machine.

    **VERMEERSTORE.COM**



**Vermeer**

EQUIPPED TO
**DO MORE.**

Vermeer Corporation reserves the right to make changes in engineering, design and specifications; add improvements; or discontinue manufacturing at any time without notice or obligation. Equipment shown is for illustrative purposes only and may display optional accessories or components specific to their global region. Please contact your local Vermeer dealer for more information on machine availability.

Vermeer, the Vermeer logo, Equipped to Do More and ROVER are trademarks of Vermeer Manufacturing Company in the U.S. and/or other countries. © 2019 Vermeer Corporation. All Rights





PLANNING BETTER
**TRENCHLESS**

## Vermeer BoreAid® Design Tool

Performing a bore operation efficiently takes consistent horizontal directional drill (HDD) planning and design methods. Vermeer BoreAid design tool streamlines your planning and design time by considering key aspects of a drill project such as topography and soil for bore path planning, product pipe selection, load calculation and drilling fluid estimation.



The Vermeer BoreAid design tool provides a full suite of tools to complete HDD designs following the ASTM F1962 standard for plastic (PE or PVC) pipe and PRCI methodology for steel or fi berglass pipe. It permits complex bore geometrics – multiple compound curves/tangent segments, inadvertent return analysis, and offers the capabilities to perform advanced drill planning and design.

    **VERMEERSTORE.COM**



EQUIPPED TO
**DO MORE.**

**KEY BENEFITS:**

- **Helps** plan and design your project in less time.

- **Produces** project design or construction submission documents efficiently.

- **Alerts** the user to potential issues by using the built-in database of typical, or suggested properties (based on current standards and good practice guidelines).

- **Constructs** a detailed design dealing with many aspects of the project, from bore path planning and load calculations, to pipe selection and drilling fluid requirements.

- **Provides** the engineering estimates for required pullback forces to install the product pipe following industry standards.

- **Identifies** the bend radius of the drill rod and product pipe to alert user if rod or pipe is outside of specifications.



Vermeer Corporation reserves the right to make changes in engineering, design and specifications; add improvements; or discontinue manufacturing at any time without notice or obligation. Equipment shown is for illustrative purposes only and may display optional accessories or components specific to their global region. Please contact your local Vermeer dealer for more information on machine specifications. Vermeer Productivity Tools assist users with planning and management functions. Information provided is reliant upon the accuracy and quality of user-provided data. Vermeer, the Vermeer logo, Equipped to Do More, Navigator and BoreAid are trademarks of Vermeer Manufacturing Company in the U.S. and/or other countries. © 2017 Vermeer Corporation. All Rights Reserved.



Date Accessed: December 6, 2023

URL: https://www.vermeer.com/na/productivity-tools/telematics



Date Accessed: December 6, 2023

URL: https://store.vermeer.com/navigation-items/products/vermeer-telematics



Date Accessed: December 6, 2023

URL: https://www.vermeer.com/na/productivity-tools/projects



Date Accessed: December 6, 2023

URL: https://store.vermeer.com/navigation-items/products/projects

