Int. Cl.: 7

Prior U.S. Cl.: 23

## United States Patent and Trademark Office

Reg. No. 1,771,115
Registered May 18, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## VERMEER

VERMEER MANUFACTURING COMPANY (IOWA CORPORATION)
3804 NEW SHARON ROAD
P.O. BOX 200
PELLA, IA 50219

FOR: POWER OPERATED ROUND BALERS, MOWERS, HAY RAKES, BALE MOVERS, BALE PROCESSORS, AND BALE SILAGE WRAPPERS, RUBBER TIRED TRENCHERS, TRACK TRENCHERS, PNEUMATIC BORING TOOLS, UNDERGROUND BORING MACHINES, EARTH COMPACTORS AND TAMPERS, GRAIN DRILLS, ROCK PICKERS, LOG SPLITTERS, SCRAPER BLADES, TREE SPADES, STUMP CUTTERS, BRUSH CHIPPERS AND PARTS FOR ALL OF THE ABOVE, IN CLASS 7 (U.S. CL. 23).

FIRST USE 12-0-1948; IN COMMERCE 12-0-1948.

SEC. 2(F).

SER. NO. 74-317,806, FILED 9-28-1992.

RICHARD A. STRASER, EXAMINING ATTORNEY







**CENTRIFUGAL CLUTCH.** Helps prevents belt-slip when engaging the clutch to minimize maintenance.



**25 HP (18.4 KW) EFI ENGINE.** Performs well during cold-weather starts, minimizes occurrence of engine flooding and provides improved fuel economy over comparable carbureted diesel engines. Gas engine option also available.



**LARGE INFEED OPENING.** 6 in x 8 in (15.2 cm x 20.3 cm) makes feeding irregular material efficient and minimizes the amount of saw cuts needed prior to feeding the chipper.



**EXCLUSIVE SMARTFEED CONTROL SYSTEM.** Helps maximize operator productivity and reduces strain on vital engine parts, as engine rpm is monitored and feed rollers are controlled.



**BOTTOM FEED STOP BAR.** Strategically located to make it possible for an operator to strike the bar and shut off the feed mechanism.



**WIDE AXLE.** Offers an ample footprint at the axle for side-to-side stability and optimizes transportability.



VERMEER.COM

**Vermeer**

EQUIPPED TO **DO MORE.**

# BC700S BRUSH CHIPPER

## GENERAL

Length (feed table up, tongue in): 113 in (287 cm)
Length (feed table down, tongue extended): 133 in (338 cm)
Width: 71 in (180.3 cm)
Height: 102 in (259.1 cm)
Weight: 1,800 lb (816.5 kg)

## ENGINE OPTION 1

Make and model: Perkins 403D-11
Number of cylinders: 3
Gross horsepower (maximum): 25 hp (18.4 kW)
Torque (maximum): 49.3 ft-lb (66.9 Nm)
Fuel tank capacity: 6 gal (22.7 L)
Fuel type: Diesel
Recommended oil: API CH4/SJ / ACEA E5

## ENGINE OPTION 2

Make and model: Kohler ECH740
Number of cylinders: 2
Gross horsepower (maximum): 25 hp (18.6 kW)
Torque (maximum): 41.7 ft-lb (56.5 Nm)
Fuel tank capacity: 6 gal (22.7 L)
Fuel type: Gasoline
Recommended oil: Kohler oil or API CH4/SJ

## FEED SYSTEM

Feed roller dimension: 10 in (25.4 cm)
Feed speed: 49.4 ft/min (15 m/min)
Infeed table width: 41.2 in (104.6 cm)
Infeed table length: 30.2 in (76.7 cm)
Infeed throat capacity: 6 in x 8 in (15.2 cm x 20.3 cm)

## SAFETY SYSTEM

Bottom-feed stop bar: Standard
Reset method: Dual green hold-to-run buttons
Positions: Four position – E-stop, forward, stop, reverse

## CUTTING SYSTEM

Material capacity: 6 in (15.2 cm)
Width: 8 in (20.3 cm)
Thickness: 1.25 in (3.2 cm)
Diameter: 23.9 in (60.7 cm)
Speed: 1,748 rpm
Number of knives: 2
Usable edges: 2

## DISCHARGE SYSTEM

Chute height: 97.2 in (246.8 cm)
Chute rotation angle: 270°
Rotation type: Manual

## ELECTRICAL SYSTEM

System voltage: 12
Battery: Group 26, 400 CCA
Switches: Hold-to-run, sensitivity selector

## CHASSIS

Hitch type: Pintle (o-coupler)
Fender description: Steel bolt-on
Axle/suspension: Torsion axle
Capacity: 3,307 lb (1,500 kg)
Tires: 185/70R13
Wheels: 4.5J x 13, ET = 25
Brake type: Parking brake only
Trailer light type: LED

Vermeer Brush Chippers by Vermeer Tianjin Manufacturing Co.,Ltd are available in select markets only. Consult your Vermeer dealer for market availability. Vermeer Tianjin Manufacturing Co., Ltd. reserves the right to make changes in engineering design and specifications, add improvements, or discontinue manufacturing at any time without notice or obligation. Equipment shown is for illustrative purposes only and may display optional accessories or components specific to their global region. Please contact your local Vermeer dealer for more information on machine specifications. Vermeer, the Vermeer logo and Equipped to Do More are trademarks of Vermeer Manufacturing Company in the U.S. and/or other countries. Perkins is a trademark of Perkins Engines Company. Kohler is a trademark of Kohler Co. © 2022 Vermeer Tianjin Manufacturing Co.,Ltd. All rights reserved.



Vermeer

EQUIPPED TO
DO MORE

BUILDING ON TRADITION

4/317806



**Vermeer**

Vermeer Manufacturing Company
P.O. Box 200, Pella, Iowa 50219 U.S.A.
Phone: 515/628-3141 • Telex: 478 309 • FAX No. 515-628-7028



*The past is a valuable resource. It's a teacher. It's a guide.*

**It was 1948. A time when farmers everywhere were accustomed to using many of the same tools and technology used by their pioneer ancestors.**

That's when a young Pella, Iowa farmer with an innovative, entrepreneurial spirit designed himself a mechanical wagon hoist...a device that let the machine, not the farmer, do all the work.

Bob and Gary Vermeer and Mary Vermeer Andringa

Soon neighbors all around Pella noticed the mechanical hoist and asked for one of their own.

Then he invented a portable power take-off drive for hammermills and shellers. Neighbors wanted those, too. And a new company was born: Vermeer Manufacturing Company.

It was then that Gary Vermeer formulated the philosophy that still guides Vermeer today:

To find a need. To fill that need with a product built to last. And then, simply *to build the best.*

*First mechanical wagon hoist.*

*Forty years ago only a handful of people worked at Vermeer. But they all believed in themselves... and in their ability to build and sell a quality product.*



Robotics





### A lot has changed at Vermeer since those early days.

*Manufacturing has changed.* Today, for example, an entire bank of sophisticated Computer Numerically Controlled (CNC) machines automatically cut and punch 140" of steel sheet per minute. Robotic systems with more than 30 different computerized tools automatically mill, drill, tap, and bore in sequence, all within tolerances of +/- .0003".

*Products have changed.* Gone are the wagon hoists and power take-offs. Today they've been replaced by the world's most complete line of track and rubber-tire trenchers, concrete cutters, giant round hay balers, hydraulically-

Computer-aided design and manufacturing



controlled hay rakes, tree movers, stump cutters, brush chippers. Many of them "firsts." Many of them created by Gary Vermeer.

*And Vermeer has changed and grown, too...*from three men operating from a tiny cinder-block building to an internationally-respected manufacturer and marketer with approximately 1,000 employees and a million square feet of manufacturing capacity. Vermeer agricultural products are backed by more than 800 farmer-dealers, district and territory managers. Vermeer industrial products are sold and serviced by more

than 60 North American distributors and a network of 35 international professionals representing industrial and agricultural products worldwide.

But one thing hasn't changed: the tradition that Vermeer employees still believe in themselves...and in their ability to build and sell quality Vermeer products.







*But no matter how far our innovations and technology take us into the future, we're constantly reaching back into our past, building on tradition.*





*Sidehill trenching in Germany*



*Digging in Texas limestone*





### If you could build the best trencher in the world, you'd first have to solve a problem:

how to build a high-production machine that not only handles normal digging conditions, but also digs in rock, concrete, frost, gumbo – and keeps on digging all over the world, with minimal maintenance.

Chances are, if you could build the best trencher in the world it would closely resemble the T-Series Trenchers from Vermeer.

What makes them world-class machines? Auto creep control, to dig with maximum performance, maximum torque, regardless of conditions.

Hydrostatic drive for infinitely variable power and speed, and less downtime. Dual path, counter-rotating tracks, for tight maneuverability and precise trench placement. Fingertip controls. Climate-controlled cabs. Easy to understand control panels.

It requires a lot of time, quality components and plenty of engineering expertise. But that's exactly what it takes to build the best hydrostatic trenchers in the world.



*Trenching in the Alps*

*If you look at the Rubber-Tire Division you'll see tradition written all over it. You'll see a product line built to last. Built to dig or plow or doze or backhoe better than any other machines in their class.*



Trenching in Africa







Installing cable in the backyard



Installing utilities for another new Iowa home

### Tough-condition trenching. It's not just limited to the heavyweight track trenchers.

That's why Vermeer builds rubber-tire trenchers with solid steel frames, heavy-duty solid front booms and big end idlers.

And we've been improving the product ever since the first rubber-tire machine rolled off the assembly line more than 30 years ago.

Take the synchronous drive kevlar belt on the V-450. It eliminates roller chains. And that means less maintenance, fewer adjustments, and no downtime for thrown digger chains.

Or the offset options on the V-430A. They let you get in closer to the work, even if that work is next to buildings, curbs or other obstructions.

Center articulated steering on the big M-455A and M-475A offers outstanding tight turn maneuverability in confined areas. And, automatic load sense steering on both units means maximum efficiency in all digging conditions.

Hard-working machines for smart working people.

designed and built for tough condition trenching. That's the trademark of Vermeer Rubber-Tire Trenchers among utilities and contractors worldwide.





Vermeer wants to provide products and services of the greatest possible value. Hence, our policy: build the best, not the most.

**Only a few years ago if you had to cut concrete or rock, you had two choices: a jack-hammer or dynamite.**

Either way, you had a messy, time-consuming, sometimes dangerous and always expensive job on your hands.

Today, giant Vermeer carbide-tipped concrete cutters have cut the cost of cutting concrete all over the world. They're used for bridge deck replacement, highway decracking, cutting expansion

joints, subdrainage work along highway shoulders and installing gas, electric, telephone and cable services through streets or in rocky conditions.

Vermeer concrete cutters are clean and quick. They save labor, time, equipment and restoration work. More importantly, they fill a vital need as America undertakes the giant task of rebuilding its roads, interstates and bridges in the decades ahead.

*Digging in frost with the first cutting wheel*

*An offset concrete cutter travels the Italian coastline*



We want to design equipment that is unique, manufacture it efficiently and then back it with prompt service.

**In 1967, Vermeer designed the tree spade, a unique machine that hydraulically digs, balls, transports and transplants trees and shrubs in minutes.**

And a whole new industry was created: tree transplanting and packaging.

The development of the first Vermeer Tree Spade opened a whole new world of possibilities.

It suddenly became possible for one person to transplant a well-developed tree, anywhere, efficiently, inexpensively, in just minutes. No longer would nurseries and tree farms need crews of laborers to package nursery stock for retail sales.

Today Vermeer's tree-moving machines operate with hydraulic assist and chain reduction drive, for positive digging power regardless of conditions. Shorter, compact towers duck under low branches and backyard wires. Compact truck-to-spade design lets operators squeeze in between buildings and maneuver among tight, narrow rows.

The company that invented the tree spade has also perfected the tree spade. And that's why Vermeer Tree Spades outsell all others combined.

*Transplanting trees in Turkey*

*Instant Shade!*

*We will not compromise our quality. That's the bottom line.*









### and from brush to chips in seconds!

The newer brush chipper product group complements the Vermeer tree equipment line with the heaviest-built chippers in the industry and state-of-the-art technology. The rugged gas and diesel-powered 1250 Brush Chipper,

for example, comes equipped with automatic feed and hydraulic swing for curbside feed. It's the best built brush chipper in the industry today.

### From stumps to chips in minutes...

Years ago removing old, ugly tree stumps took countless hours of back-breaking work by a crew of men. Now, one operator – man or woman – can remove even the largest stumps in minutes, thanks to an innovative machine developed by Vermeer back in 1957. Many of those unusual stump cutting machines are still operating today, along with thousands of newer stream-lined – even more efficient – models which serve the needs of cities, tree service firms and rental operations worldwide.

*Carbide-tipped cutting teeth do all the work*





*Our goal is to satisfy the needs of our customers. To know the product. And to show a genuine interest in solving customer problems.*



**If you've ever spent a day tossing 75-lb. hay bales up onto a moving rack in the searing summer sun, you know what it means to have a genuine interest in solving customer problems.**

So in 1971, Gary Vermeer mechanized yet another of the most labor-intensive jobs on the farm: putting up hay.

The introduction of the Vermeer Round Baler

Round balers.  Round bales.
The system that changed hay harvesting.



revolutionized hay harvesting. For the first time, one person could harvest and handle more hay in a single day than a whole crew using conventional methods.  And, hay could be stored year-round in the field.  That meant less handling and easier winter-time feeding.

Today, weather-tight Vermeer bales hold their shape and retain their nutritional value better than any other

large hay package because they're produced by the best giant round baler in the world.

But we didn't stop there. We also developed innovative baler improvements like bale monitors, automatic weave systems, bale ejectors and automatic twine tying systems.

We've learned that the way to take care of our business is to first take care of our customers.



*Giant hydraulic rakes for the big bale systems*



*In the final analysis, people at all levels of our company determine the character and strength of our company. They add value to Vermeer products through their expertise. With them, we are building on our tradition of working together to be the best.*

VERMEER

*One of the best... at the job in Kansas*

## It doesn't seem all that long ago that the first Vermeer product rolled off a simple assembly line.

It wasn't that long ago, too, that Vermeer developed the first mechanical wagon hoist, the first stump cutter, the first tree spade, the first track-mounted trencher, the first big round baler.

And it may seem like only yesterday that Gary Vermeer established the principle that determined the direction of his fledgling company.

But in the last forty years, Vermeer Manufacturing Co. has grown into a worldwide family. A family that's been inspired by its founder. A family that is passing along to each new generation the same insight, the same inspiration that guided its founder. A family that will guide Vermeer Manufacturing Co. into the next century, and beyond.

A family with members in Switzerland. In Egypt. In Australia. In Japan.

*This is Vermeer, in Switzerland*

A family with members in New York, Houston, Phoenix and Killdeer, North Dakota.

All of them relying on a tradition that simply says, "Build the best." All of them building on their own tradition that says, "Be the best." All of them members of the family that accepts only the best...Vermeer Manufacturing Company.