| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-07-23 16:19:21 EDT |
| **Mark:** | VERMEER V EQUIPPED TO DO MORE. |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 86167436 | **Application Filing Date:** | Jan. 16, 2014 |
| **US Registration Number:** | 4752754 | **Registration Date:** | Jun. 09, 2015 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| **Status:** | A Sections 8 and 15 combined declaration has been accepted and acknowledged. | | |
| **Status Date:** | Aug. 27, 2021 | | |

**Publication Date:** May 06, 2014  **Notice of Allowance Date:** Jul. 01, 2014

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | VERMEER V EQUIPPED TO DO MORE. |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 5 - AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM |
| **Description of Mark:** | The mark consists of the letter "V" outlined in black and with the colors green, white and black within the letter "V". The word "VERMEER" above the letter "V" in black and the words "EQUIPPED TO DO MORE." below the letter "V" in black. |
| **Color Drawing:** | Yes |
| **Color(s) Claimed:** | The color(s) green, black and white is/are claimed as a feature of the mark. |

## Related Properties Information

| | |
|---|---|
| **International Registration Number:** | 1198092 |
| **International Application(s)/Registration(s) Based on this Property:** | A0040630/1198092 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Power-operated agricultural equipment, namely, hay balers, mowers and conditioners, hay rakes, bale movers, hay tedders; material reducing machines, namely, brush chippers, stump cutters, whole tree chippers, horizontal grinders, tub grinders, trommel screens, compost turners, concrete cutters; earth moving and earth boring machines, namely, pedestrian trenchers, utility trenchers, track trenchers, vibratory plows, mini skid steers, pile drive machines, guided boring machines, underground boring machines, horizontal directional drilling machines, mud mixing machines for use in drilling applications, pneumatic piercing tools |
| **International Class(es):** | 007 - Primary Class |
| **U.S Class(es):** | 013, 019, 021, 023, 031, 034, 035 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | Oct. 01, 2014 |
| **Use in Commerce:** | Oct. 01, 2014 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Vermeer Manufacturing Company |
| **Owner Address:** | 1210 VERMEER ROAD EAST<br>Pella, IOWA UNITED STATES 50219 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | IOWA |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Jordan E. Meggison-Decker |
| **Docket Number:** | 3563.0218 |
| **Attorney Primary Email Address:** | ip@brownwinick.com |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Jordan E. Meggison-Decker<br>BrownWinick Law Firm<br>666 Grand Ave., Suite 2000<br>Des Moines, IOWA UNITED STATES 50309 |
| **Phone:** | 515-242-2400 |
| **Correspondent e-mail:** | ip@brownwinick.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 10, 2024 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Aug. 11, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Aug. 11, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 11, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Aug. 11, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Aug. 11, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Aug. 27, 2021 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Aug. 27, 2021 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Aug. 27, 2021 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| May 09, 2021 | TEAS SECTION 8 & 15 RECEIVED | |
| Jun. 09, 2020 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |

| | |
|---|---|
| Jun. 16, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Jun. 16, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Jun. 09, 2015 | REGISTERED-PRINCIPAL REGISTER |
| May 05, 2015 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED |
| May 04, 2015 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED |
| Apr. 30, 2015 | STATEMENT OF USE PROCESSING COMPLETE |
| Mar. 27, 2015 | USE AMENDMENT FILED |
| Apr. 30, 2015 | CASE ASSIGNED TO INTENT TO USE PARALEGAL |
| Mar. 27, 2015 | TEAS STATEMENT OF USE RECEIVED |
| Sep. 18, 2014 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
| Sep. 16, 2014 | SOU EXTENSION 1 GRANTED |
| Sep. 16, 2014 | SOU EXTENSION 1 FILED |
| Sep. 16, 2014 | SOU TEAS EXTENSION RECEIVED |
| Jul. 01, 2014 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| May 06, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| May 06, 2014 | PUBLISHED FOR OPPOSITION |
| Apr. 16, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Mar. 19, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Mar. 11, 2014 | ASSIGNED TO EXAMINER |
| Jan. 29, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jan. 20, 2014 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** TMO LAW OFFICE 112        **Date in Location:** Aug. 27, 2021

# United States of America
## United States Patent and Trademark Office



Reg. No. 4,752,754
Registered June 9, 2015
Int. Cl.: 7

TRADEMARK

PRINCIPAL REGISTER



VERMEER MANUFACTURING COMPANY (IOWA CORPORATION)
1210 VERMEER ROAD EAST
PELLA, IA 50219

FOR: POWER-OPERATED AGRICULTURAL EQUIPMENT, NAMELY, HAY BALERS, MOWERS AND CONDITIONERS, HAY RAKES, BALE MOVERS, HAY TEDDERS; MATERIAL REDUCING MACHINES, NAMELY, BRUSH CHIPPERS, STUMP CUTTERS, WHOLE TREE CHIPPERS, HORIZONTAL GRINDERS, TUB GRINDERS, TROMMEL SCREENS, COMPOST TURNERS, CONCRETE CUTTERS; EARTH MOVING AND EARTH BORING MACHINES, NAMELY, PEDESTRIAN TRENCHERS, UTILITY TRENCHERS, TRACK TRENCHERS, VIBRATORY PLOWS, MINI SKID STEERS, PILE DRIVE MACHINES, GUIDED BORING MACHINES, UNDERGROUND BORING MACHINES, HORIZONTAL DIRECTIONAL DRILLING MACHINES, MUD MIXING MACHINES FOR USE IN DRILLING APPLICATIONS, PNEUMATIC PIERCING TOOLS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 10-1-2014; IN COMMERCE 10-1-2014.

THE MARK CONSISTS OF THE LETTER "V" OUTLINED IN BLACK AND WITH THE COLORS GREEN, WHITE AND BLACK WITHIN THE LETTER "V". THE WORD "VERMEER" ABOVE THE LETTER "V" IN BLACK AND THE WORDS "EQUIPPED TO DO MORE." BELOW THE LETTER "V" IN BLACK.

THE COLOR(S) GREEN, BLACK AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SN 86-167,436, FILED 1-16-2014.

DAVID TAYLOR, EXAMINING ATTORNEY

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.





PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 10/31/2017)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 86167436 |
| LAW OFFICE ASSIGNED | LAW OFFICE 112 |
| EXTENSION OF USE | NO |
| **MARK SECTION** | |
| MARK FILE NAME | http://tsdr.uspto.gov/img/86167436/large |
| LITERAL ELEMENT | VERMEER V EQUIPPED TO DO MORE. |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| **OWNER SECTION** | |
| NAME | Vermeer Manufacturing Company |
| STREET | 1210 Vermeer Road East |
| CITY | Pella |
| STATE | Iowa |
| ZIP/POSTAL CODE | 50219 |
| COUNTRY | United States |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 007 |
| CURRENT IDENTIFICATION | Power-operated agricultural equipment, namely, hay balers, mowers and conditioners, hay rakes, bale movers, hay tedders; material reducing machines, namely, brush chippers, stump cutters, whole tree chippers, horizontal grinders, tub grinders, trommel screens, compost turners, concrete cutters; earth moving and earth boring machines, namely, pedestrian trenchers, utility trenchers, track trenchers, vibratory plows, mini skid steers, pile drive machines, guided boring machines, underground boring machines, horizontal directional drilling machines, mud mixing machines for use in drilling applications, pneumatic piercing tools |
| GOODS OR SERVICES | KEEP ALL LISTED |
| FIRST USE ANYWHERE DATE | 10/01/2014 |
| FIRST USE IN COMMERCE | 10/01/2014 |

| | |
|---|---|
| **DATE** | |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN0-17322722024-20150326184551185198_._VERMEER_V_EQUIPPPED_TO_DO_MORE___Design_-_Cl_7.pdf |
| **CONVERTED PDF FILE(S) (2 pages)** | \\TICRS\EXPORT16\IMAGEOUT16\861\674\86167436\xml11\SOU0002.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\861\674\86167436\xml11\SOU0003.JPG |
| **SPECIMEN DESCRIPTION** | A picture of a display associated with the goods that essentially comprises point-of-sale material. The display clearly is designed to catch the attention of purchasers and prospective purchasers as an inducement to make a sale. Further, the display prominently displays the trademark in question and associates it with, or relates it to, the goods. |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 1 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **TOTAL AMOUNT** | 100 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /ber/ |
| **SIGNATORY'S NAME** | Brent E. Routman |
| **SIGNATORY'S POSITION** | Attorney of record, Minnesota bar member |
| **DATE SIGNED** | 03/27/2015 |
| **SIGNATORY'S PHONE NUMBER** | 612.336.4619 |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Fri Mar 27 09:39:44 EDT 2015 |
| **TEAS STAMP** | USPTO/SOU-XXX.XXX.XXX.XX-20150327093944749298-86167436-530d351e391c3d6e7de10d4784c681094c85499f7484a80281628c9e6a9f7654e-CC-7719-20150327074526732711 |

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 10/31/2017)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** VERMEER V EQUIPPED TO DO MORE. (Stylized and/or with Design, see http://tsdr.uspto.gov/img/86167436/large)
**SERIAL NUMBER:** 86167436

The applicant, Vermeer Manufacturing Company, having an address of
   1210 Vermeer Road East
   Pella, Iowa 50219
   United States
is submitting the following allegation of use information:

For International Class 007:
Current identification: Power-operated agricultural equipment, namely, hay balers, mowers and conditioners, hay rakes, bale movers, hay tedders; material reducing machines, namely, brush chippers, stump cutters, whole tree chippers, horizontal grinders, tub grinders, trommel screens, compost turners, concrete cutters; earth moving and earth boring machines, namely, pedestrian trenchers, utility trenchers, track trenchers, vibratory plows, mini skid steers, pile drive machines, guided boring machines, underground boring machines, horizontal directional drilling machines, mud mixing machines for use in drilling applications, pneumatic piercing tools

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 10/01/2014, and first used in commerce at least as early as 10/01/2014, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) A picture of a display associated with the goods that essentially comprises point-of-sale material. The display clearly is designed to catch the attention of purchasers and prospective purchasers as an inducement to make a sale. Further, the display prominently displays the trademark in question and associates it with, or relates it to, the goods..

**Original PDF file:**
SPN0-17322722024-20150326184551185198_._VERMEER_V_EQUIPPPED_TO_DO_MORE___Design_-_Cl_7.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

**Declaration**

STATEMENTS: The signatory believes that: if the applicant is filing the amendment to allege use under 15 U.S.C. Section 1051(c) or a statement of use under 15 U.S.C. Section 1051(d), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified, and such use by the applicant's related company or licensee inures to the benefit of the applicant; that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive; and the specimen(s) shows the mark as used on or in connection with the goods/services in commerce.

DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any

registration resulting therefrom, declares that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /ber/     Date Signed: 03/27/2015
Signatory's Name: Brent E. Routman
Signatory's Position: Attorney of record, Minnesota bar member
Signatory's Phone: 612.336.4619

RAM Sale Number: 86167436
RAM Accounting Date: 03/27/2015

Serial Number: 86167436
Internet Transmission Date: Fri Mar 27 09:39:44 EDT 2015
TEAS Stamp: USPTO/SOU-XXX.XXX.XXX.XX-201503270939447
49298-86167436-530d351e391c3d6e7de10d478
4c681094c85499f7484a80281628c9e6a9f7654e
-CC-7719-20150327074526732711





## FEE RECORD SHEET

**Serial Number:** 86167436

**RAM Sale Number:** 86167436

**Total Fees:** $100

**RAM Accounting Date:** 20150327

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20150327 | $100 | 1 | $100 |

**Transaction Date:** 20150327



PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

Serial Number: 86167436
Filing Date: 01/16/2014

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 86167436 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT16\IMAGEOUT16\861\674\86167436\xml1\ APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| COLOR MARK | YES |
| COLOR(S) CLAIMED (If applicable) | The color(s) green, black and white is/are claimed as a feature of the mark. |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the letter "V" outlined in black and with the colors green, white and black within the letter "V". The word "VERMEER" above the letter "V" in black and the words "EQUIPPED TO DO MORE" below the letter "V" in black. |
| PIXEL COUNT ACCEPTABLE | NO |
| PIXEL COUNT | 1463 x 1858 |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Vermeer Manufacturing Company |
| *STREET | 1210 Vermeer Road East |
| *CITY | Pella |
| *STATE (Required for U.S. applicants) | Iowa |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 50219 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Iowa |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 007 |
| | Power-operated agricultural equipment, namely, hay balers, mowers and conditioners, hay rakes, bale movers, hay tedders; material reducing machines, namely, brush chippers, stump cutters, whole tree chippers, horizontal grinders, tub grinders, trommel screens, compost turners, concrete cutters; earth |

| | |
|---|---|
| *IDENTIFICATION | moving and earth boring machines, namely, pedestrian trenchers, utility trenchers, track trenchers, vibratory plows, mini skid steers, pile drive machines, guided boring machines, underground boring machines, horizontal directional drilling machines, mud mixing machines for use in drilling applications, pneumatic piercing tools |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| NAME | Brent E. Routman |
| ATTORNEY DOCKET NUMBER | 10646.0715US02 |
| FIRM NAME | Merchant & Gould P.C. |
| STREET | PO BOX 2910 |
| CITY | Minneapolis |
| STATE | Minnesota |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 55402 |
| PHONE | 612.336.4619 |
| FAX | 612.332.9081 |
| EMAIL ADDRESS | DOCKMPLS@merchantgould.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Andrew S. Ehard , John A. Clifford, Scott W. Johnston, Christopher J. Schulte, Brian H. Batzli, Gregory C. Golla, Danielle I. Mattessich, Dana P. Jozefczyk and all other attorneys at the firm |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Brent E. Routman |
| FIRM NAME | Merchant & Gould P.C. |
| STREET | PO BOX 2910 |
| CITY | Minneapolis |
| STATE | Minnesota |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 55402 |
| PHONE | 612.336.4619 |
| FAX | 612.332.9081 |
| EMAIL ADDRESS | DOCKMPLS@merchantgould.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |

| SIGNATURE INFORMATION | |
|---|---|
| **SIGNATURE** | /ber/ |
| **SIGNATORY'S NAME** | Brent E. Routman |
| **SIGNATORY'S POSITION** | Attorney for Applicant |
| **DATE SIGNED** | 01/16/2014 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

## Trademark/Service Mark Application, Principal Register

Serial Number: 86167436
Filing Date: 01/16/2014

### To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark)
The color(s) green, black and white is/are claimed as a feature of the mark. The mark consists of the letter "V" outlined in black and with the colors green, white and black within the letter "V". The word "VERMEER" above the letter "V" in black and the words "EQUIPPED TO DO MORE" below the letter "V" in black.
The applicant, Vermeer Manufacturing Company, a corporation of Iowa, having an address of
    1210 Vermeer Road East
    Pella, Iowa 50219
    United States


requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 007:  Power-operated agricultural equipment, namely, hay balers, mowers and conditioners, hay rakes, bale movers, hay tedders; material reducing machines, namely, brush chippers, stump cutters, whole tree chippers, horizontal grinders, tub grinders, trommel screens, compost turners, concrete cutters; earth moving and earth boring machines, namely, pedestrian trenchers, utility trenchers, track trenchers, vibratory plows, mini skid steers, pile drive machines, guided boring machines, underground boring machines, horizontal directional drilling machines, mud mixing machines for use in drilling applications, pneumatic piercing tools
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).



The applicant's current Attorney Information:
    Brent E. Routman and Andrew S. Ehard , John A. Clifford, Scott W. Johnston, Christopher J. Schulte, Brian H. Batzli, Gregory C. Golla, Danielle I. Mattessich, Dana P. Jozefczyk and all other attorneys at the firm of Merchant & Gould P.C.
    PO BOX 2910
    Minneapolis, Minnesota 55402
    United States
The attorney docket/reference number is 10646.0715US02.

The applicant's current Correspondence Information:
    Brent E. Routman
    Merchant & Gould P.C.
    PO BOX 2910
    Minneapolis, Minnesota 55402
    612.336.4619(phone)
    612.332.9081(fax)
    DOCKMPLS@merchantgould.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or

association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /ber/   Date: 01/16/2014
Signatory's Name: Brent E. Routman
Signatory's Position: Attorney for Applicant
RAM Sale Number: 86167436
RAM Accounting Date: 01/17/2014

Serial Number: 86167436
Internet Transmission Date: Thu Jan 16 14:55:44 EST 2014
TEAS Stamp: USPTO/BAS-XX.X.XXX.XX-201401161455445940
25-86167436-5008a9793af6d3487b5fe2e45f74
987852181f398046625a71c99b8b6f7192d-CC-1
257-20140116143402977776

