PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

Serial Number: 97757537
Filing Date: 01/17/2023

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 97757537 |
| MARK INFORMATION | |
| *MARK | VERMEERONE |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | VERMEERONE |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Vermeer Manufacturing Company |
| *MAILING ADDRESS | 1210 Vermeer Road East |
| *CITY | Pella |
| *STATE (Required for U.S. applicants) | Iowa |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 50219 |
| *EMAIL ADDRESS | XXXX |
| LEGAL ENTITY INFORMATION | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Iowa |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Downloadable software; Downloadable software to collect and manage business data; Downloadable software for business management; Downloadable software for management of data relating to equipment, vehicles, machines, and tools; Downloadable software for providing alerts, notifications, records, reports, and other documentation regarding operation of equipment, vehicles, machines, and tools; Downloadable software for providing customers and dealers access to information regarding equipment, vehicles, machines, and tools |

| | |
|---|---|
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 035 |
| ***IDENTIFICATION** | Business data analysis services relating to equipment, vehicles, machines, and tools; Providing information in the field of consumer information and dealer information regarding equipment, vehicles, machines, and tools |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 042 |
| ***IDENTIFICATION** | Software as a service (SAAS) services featuring software to collect and manage business data; Software as a service (SAAS) services featuring software for business management; Software as a service (SAAS) services featuring software for management of data relating to equipment, vehicles, machines, and tools; Software as a service (SAAS) services featuring software for providing alerts, notifications, records, reports, and other documentation regarding operation of equipment, vehicles, machines, and tools; Software as a service (SAAS) services featuring software for providing customers and dealers access to information relating to equipment, vehicles, machines, and tools; Providing application services, namely, developing, providing, hosting and managing software applications, websites, and databases for accessing and monitoring geographic location, productivity, and maintenance of equipment, vehicles, machines, and tools |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | Jordan Meggison-Decker |
| **ATTORNEY DOCKET NUMBER** | 3563.0393 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | BrownWinick Law Firm |
| **STREET** | 666 Grand Avenue, Suite 2000 |
| **CITY** | Des Moines |
| **STATE** | Iowa |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 50309 |
| **PHONE** | 515-242-2400 |
| **FAX** | 5152422488 |
| **EMAIL ADDRESS** | ip@brownwinick.com |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Jordan Meggison-Decker |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | ip@brownwinick.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |

| FEE INFORMATION | |
|---|---|
| APPLICATION FILING OPTION | TEAS Standard |
| NUMBER OF CLASSES | 3 |
| APPLICATION FOR REGISTRATION PER CLASS | 350 |
| *TOTAL FEES DUE | 1050 |
| *TOTAL FEES PAID | 1050 |
| SIGNATURE INFORMATION | |
| SIGNATURE | /JORDAN MEGGISON-DECKER/ |
| SIGNATORY'S NAME | Jordan Meggison-Decker |
| SIGNATORY'S POSITION | Attorney of Record, Iowa Bar Member |
| SIGNATORY'S PHONE NUMBER | 515-242-2400 |
| DATE SIGNED | 01/17/2023 |
| SIGNATURE METHOD | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 97757537**
**Filing Date: 01/17/2023**

### To the Commissioner for Trademarks:

**MARK:** VERMEERONE (Standard Characters, see mark)
The literal element of the mark consists of VERMEERONE. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Vermeer Manufacturing Company, a corporation of Iowa, having an address of
   1210 Vermeer Road East
   Pella, Iowa 50219
   United States
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009:  Downloadable software; Downloadable software to collect and manage business data; Downloadable software for business management; Downloadable software for management of data relating to equipment, vehicles, machines, and tools; Downloadable software for providing alerts, notifications, records, reports, and other documentation regarding operation of equipment, vehicles, machines, and tools; Downloadable software for providing customers and dealers access to information regarding equipment, vehicles, machines, and tools
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 035:  Business data analysis services relating to equipment, vehicles, machines, and tools; Providing information in the field of consumer information and dealer information regarding equipment, vehicles, machines, and tools
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 042:  Software as a service (SAAS) services featuring software to collect and manage business data; Software as a service (SAAS) services featuring software for business management; Software as a service (SAAS) services featuring software for management of data relating to equipment, vehicles, machines, and tools; Software as a service (SAAS) services featuring software for providing alerts, notifications, records, reports, and other documentation regarding operation of equipment, vehicles, machines, and tools; Software as a service (SAAS) services featuring software for providing customers and dealers access to information relating to equipment, vehicles, machines, and tools; Providing application services, namely, developing, providing, hosting and managing software applications, websites, and databases for accessing and monitoring geographic location, productivity, and maintenance of equipment, vehicles, machines, and tools
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The owner's/holder's proposed attorney information: Jordan Meggison-Decker. Jordan Meggison-Decker of BrownWinick Law Firm, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
   666 Grand Avenue, Suite 2000
   Des Moines, Iowa 50309
   United States
   515-242-2400(phone)
   5152422488(fax)
   ip@brownwinick.com
The docket/reference number is 3563.0393.
Jordan Meggison-Decker submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
   Jordan Meggison-Decker

PRIMARY EMAIL FOR CORRESPONDENCE: ip@brownwinick.com    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $1050 has been submitted with the application, representing payment for 3 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /JORDAN MEGGISON-DECKER/   Date: 01/17/2023
Signatory's Name: Jordan Meggison-Decker
Signatory's Position: Attorney of Record, Iowa Bar Member
Signatory's Phone Number: 515-242-2400
Signature method: Signed directly within the form
Payment Sale Number: 97757537
Payment Accounting Date: 01/17/2023

Serial Number: 97757537
Internet Transmission Date: Tue Jan 17 15:00:45 ET 2023
TEAS Stamp: USPTO/BAS-XX.XX.XXX.XX-20230117150046508
613-97757537-860f081ecdc373c22e1b534b91a
87b337891e982d4d5f96fd4e5cdec6e0f0ae887-
DA-00454676-20230117145012940512

# VERMEERONE

## Specimen

Correspondence to customers regarding VermeerOne

From: **Vermeer Corporation** <noreply@vermeer.com>
Date: Wed, Apr 2, 2025, 7:00 AM
Subject: IMPORTANT: Urgent notice regarding your MyVermeer account
To:

Your MyVermeer account will be transitioning to the new and improved VermeerOne platform

No images? Click here

Learn more about the SC48TX stump cutter

Explore new tools and functionalities designed to enhance your experience, including:
- **Manual access:** Easily find and use your manuals.
- **Maintenance tracking and planning:** Monitor your machine's health in real-time, stay ahead of maintenance to maximize productivity.
- **Dealer connection:** Connect and locate nearby dealers no matter where your work takes you.

Be sure to check your email on April 15 with further instructions to help you explore your VermeerOne account.

We are thrilled that you will be able to access more than just manuals as MyVermeer transitions to our new and improved platform, VermeerOne™!

VermeerOne is one digital platform that keeps Vermeer equipment owners and dealers MORE connected with each other as well as the information and insights needed to operate with MORE certainty and MORE confidence — so there's MORE time for the big things.

VermeerOne offers an enhanced user experience with a more intuitive and user-friendly interface. Enjoy faster performance with quicker load times and smoother navigation.

As a MyVermeer user, you can continue using your existing login information to access VermeerOne.

VermeerOne: What does it do?

We are committed to providing you with the best possible service and are confident that these updates will greatly enhance your experience. If you have any questions or need assistance, please contact your local Vermeer dealer.

Vermeer Corporation
1210 E. Vermeer Rd.
Pella, Iowa 50219

This email contains third-party observations, advice or experiences that do not necessarily reflect the opinions of Vermeer Corporation, its affiliates or its dealers. Testimonials and/or endorsements by customers in specific circumstances may not be representative of normal circumstances experienced by all customers. Vermeer Corporation reserves the right to make changes in engineering, design and specifications; add improvements; or discontinue manufacturing at any time without notice or obligation. Equipment shown is for illustrative purposes only and may display optional accessories or components specific to their global region.

Please contact your local Vermeer dealer for more information on machine specifications. Vermeer and the Vermeer logo are trademarks of Vermeer Manufacturing Company in the U.S. and/or other countries.

© 2024 Vermeer Corporation. All Rights Reserved.

You are receiving this email because you opted in to receive marketing communications from Vermeer Corporation.

Preferences | Unsubscribe



## Specimen

Correspondence to customers regarding VermeerOne

From: **Vermeer Corporation** <noreply@vermeer.com>
Date: Wed, Apr 2, 2025, 7:00 AM
Subject: IMPORTANT: Urgent notice regarding your MyVermeer account
To:

Your MyVermeer account will be transitioning to the new and improved VermeerOne platform

No images? Click here

Learn more about the SC48TX stump cutter

Explore new tools and functionalities designed to enhance your experience, including:
- **Manual access:** Easily find and use your manuals.
- **Maintenance tracking and planning:** Monitor your machine's health in real-time, stay ahead of maintenance to maximize productivity.
- **Dealer connection:** Connect and locate nearby dealers no matter where your work takes you.

Be sure to check your email on April 15 with further instructions to help you explore your VermeerOne account.

We are thrilled that you will be able to access more than just manuals as MyVermeer transitions to our new and improved platform, VermeerOne™!

VermeerOne is one digital platform that keeps Vermeer equipment owners and dealers MORE connected with each other as well as the information and insights needed to operate with MORE certainty and MORE confidence — so there's MORE time for the big things.

VermeerOne offers an enhanced user experience with a more intuitive and user-friendly interface. Enjoy faster performance with quicker load times and smoother navigation.

As a MyVermeer user, you can continue using your existing login information to access VermeerOne.

VermeerOne: What does it do?

We are committed to providing you with the best possible service and are confident that these updates will greatly enhance your experience. If you have any questions or need assistance, please contact your local Vermeer dealer.

Vermeer Corporation
1210 E. Vermeer Rd.
Pella, Iowa 50219

This email contains third-party observations, advice or experiences that do not necessarily reflect the opinions of Vermeer Corporation, its affiliates or its dealers. Testimonials and/or endorsements by customers in specific circumstances may not be representative of normal circumstances experienced by all customers. Vermeer Corporation reserves the right to make changes in engineering, design and specifications; add improvements; or discontinue manufacturing at any time without notice or obligation. Equipment shown is for illustrative purposes only and may display optional accessories or components specific to their global region.

Please contact your local Vermeer dealer for more information on machine specifications. Vermeer and the Vermeer logo are trademarks of Vermeer Manufacturing Company in the U.S. and/or other countries.

© 2024 Vermeer Corporation. All Rights Reserved.

You are receiving this email because you opted in to receive marketing communications from Vermeer Corporation.

Preferences | Unsubscribe



## Specimen

Correspondence to customers regarding VermeerOne

From: **Vermeer Corporation** <noreply@vermeer.com>
Date: Wed, Apr 2, 2025, 7:00 AM
Subject: IMPORTANT: Urgent notice regarding your MyVermeer account
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Your MyVermeer account will be transitioning to the new and improved VermeerOne platform

No images? Click here

Learn more about the SC48TX stump cutter

Explore new tools and functionalities designed to enhance your experience, including:
- Manual access: Easily find and use your manuals.
- Maintenance tracking and planning: Monitor your machine's health in real-time, stay ahead of maintenance to maximize productivity.
- Dealer connection: Connect and locate nearby dealers no matter where your work takes you.

Be sure to check your email on April 15 with further instructions to help you explore your VermeerOne account.

We are thrilled that you will be able to access more than just manuals as MyVermeer transitions to our new and improved platform, VermeerOne™!

VermeerOne is one digital platform that keeps Vermeer equipment owners and dealers MORE connected with each other as well as the information and insights needed to operate with MORE certainty and MORE confidence — so there's MORE time for the big things.

VermeerOne offers an enhanced user experience with a more intuitive and user-friendly interface. Enjoy faster performance with quicker load times and smoother navigation.

As a MyVermeer user, you can continue using your existing login information to access VermeerOne.

**VermeerOne: What does it do?**

We are committed to providing you with the best possible service and are confident that these updates will greatly enhance your experience. If you have any questions or need assistance, please contact your local Vermeer dealer.

Vermeer Corporation
1210 E. Vermeer Rd.
Pella, Iowa 50219

This email contains third-party observations, advice or experiences that do not necessarily reflect the opinions of Vermeer Corporation, its affiliates or its dealers. Testimonials and/or endorsements by customers in specific circumstances may not be representative of normal circumstances experienced by all customers. Vermeer Corporation reserves the right to make changes in engineering, design and specifications; add improvements; or discontinue manufacturing at any time without notice or obligation. Equipment shown is for illustrative purposes only and may display optional accessories or components specific to their global region.

Please contact your local Vermeer dealer for more information on machine specifications. Vermeer and the Vermeer logo are trademarks of Vermeer Manufacturing Company in the U.S. and/or other countries.

© 2024 Vermeer Corporation. All Rights Reserved.

You are receiving this email because you opted in to receive marketing communications from Vermeer Corporation.

Preferences | Unsubscribe

