

Products > Vermeer Projects



### Vermeer Projects

Vermeer Projects makes it simple for operations managers to collect, organize and share important job documentation through the cloud and detailed customized reports.

(Available in select locations)

**Download literature**

**Projects options**

(Please select)

🛒 Add to Cart

---

Download the app today



Crew leaders can visually capture the jobsite over a Google Maps image, including intended bore path whiteline, pothole locations, locate positions, marked utilities and bore path as-built. Achieve even better accuracy by pairing your GPS-enabled smart device with an external GPS antenna (sold separately). Capture elevation data through GPS receivers to help understand topography and assist with accurate bore planning.

Bore line mapping, rod-by-rod bore planning, and as-drilled log data are possible using Vermeer Projects. With settings for product pipe and drill rod bend radius, users can properly plan their horizontal directional drilling (HDD) project within industry standards and communicate it efficiently to everyone involved with the job. Utilize an entry distance offset for the bore profile, which allows for a non-zero starting point to align with job stationing. View your bore profile in a side view and account for drill bit or reamer size to visualize utility avoidance.



## Vermeer Projects

Vermeer Projects makes it simple for operations managers to collect, organize and share important job documentation through the cloud and detailed customized reports.

(Available in select locations)

**Download literature**

**Projects options**
(Please select)

**Add to Cart**

### Download the app today



Crew leaders can visually capture the jobsite over a Google Maps image, including intended bore path whiteline, pothole locations, locate positions, marked utilities and bore path as-built. Achieve even better accuracy by pairing your GPS-enabled smart device with an external GPS antenna (sold separately). Capture elevation data through GPS receivers to help understand topography and assist with accurate bore planning.

Bore line mapping, rod-by-rod bore planning, and as-drilled log data are possible using Vermeer Projects. With settings for product pipe and drill rod bend radius, users can properly plan their horizontal directional drilling (HDD) project within industry standards and communicate it efficiently to everyone involved with the job. Utilize an entry distance offset for the bore profile, which allows for a non-zero starting point to align with job stationing. View your bore profile in a side view and account for drill bit or reamer size to visualize utility avoidance.

## Product specification

Vermeer Projects is a subscription-based application requiring a per user fee of $5,000 USD for the first year. After the first year, an annual subscription maintenance fee of $2,000 USD is due. It includes 30 GB of file storage.

Features included:
- Secure, digital job record management,
- Online file sharing – in real-time
- Bore line planning and mapping
- Rod-by-rod plan
- High accuracy GPS/GNSS device connection and mapping
- Utility and location mapping
- GIS file import and export
- KML, KMZ file import and export
- Integration of DCI locator as-drilled data

**First-year subscription:** $5,000

**Annual renewal subscription after first year:** $2,000



## System requirements

Internet connection
PC/Laptop - Windows 7, 8.1, 10, 11 - Chrome optimized, Firefox compatible
Macintosh - OS X - Chrome optimized, Firefox compatible
iOS 10.0+

## Product compatibility

Vermeer BoreAssist

## Equipment compatibility

As-drilled data can only be integrated from Digital Control Inc.® DigiTrak® Falcon® F5® and classic F5 locator files. Classic F5 files are only Android device compatible. Falcon F5 files are compatible with Apple and Android devices.

**Back to top**